IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**THE DAILY WIRE, LLC**, *et al.*,

    *Plaintiffs*,

  v.

**U.S. DEPARTMENT OF STATE**, *et al.*,

    *Defendants*.

Case No. 6:23-cv-609

**PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Standing Order JDK-7-1, Plaintiff The Daily Wire, LLC discloses that it is a wholly owned subsidiary of Bentkey Ventures, LLC, and no publicly held corporation owns 10% or more of its stock. Plaintiff FDRLST Media, LLC discloses that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock. FDRLST Media, LLC further discloses that it owns 100% of The Federalist, LLC, a Maryland limited liability company. Plaintiff State of Texas is a governmental entity. Plaintiffs' counsel, the New Civil Liberties Alliance, is a nonprofit organization under the laws of the District of Columbia. It has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

The following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities are financially interested in the outcome of this case:

1. Plaintiff The Daily Wire, LLC
2. Plaintiff The Daily Wire, LLC's parent corporation, Bentkey Ventures, LLC
3. Plaintiff FDRLST Media, LLC
4. Plaintiff State of Texas
5. Defendant Department of State
6. Defendant Global Engagement Center
7. Defendant Antony Blinken, in his official capacity as Secretary of State
8. Defendant Leah Bray, in her official capacity as Coordinator for the Global Engagement Center of the State Department
9. Defendant James P. Rubin, in his official capacity as Coordinator for the Global Engagement Center of the State Department
10. Defendant Daniel Kimmage, in his official capacity as the Principal Deputy Coordinator for the Global Engagement Center at the State Department
11. Defendant Alexis Frisbie, in her official capacity as Senior Technical Advisor of the Technology Engagement Team for the Global Engagement Center at the State Department
12. Defendant Patricia Watts, in her official capacity as the Director of the Technology Engagement Team at the Global Engagement Center at the State Department

December 14, 2023

Respectfully submitted,

/s/ Margaret A. Little

Margaret A. Little
Senior Litigation Counsel
Connecticut Bar # 303494
peggy.little@ncla.legal

/s/ Margot J. Cleveland

Margot J. Cleveland
Of Counsel
Michigan Bar # P83564
margot.cleveland@ncla.legal

/s/ Casey B. Norman

Casey B. Norman
Litigation Counsel
New York Bar # 5772199
casey.norman@ncla.legal

NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238