# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC; *ET AL.* <br><br> *PLAINTIFFS*, <br><br> V. <br><br> DEPARTMENT OF STATE, *ET AL.*, <br><br> *DEFENDANTS*. | CASE NO. 6:23-CV-00609-JDK |

**THE STATE OF TEXAS'S NOTICE OF APPEARANCE AND DESIGNATION OF ATTORNEY IN CHARGE**

Susanna Dokupil, Special Counsel, has been assigned to appear as attorney in charge in this case on behalf of the State of Texas ("State Plaintiff"). Ms. Dokupil is admitted to practice in the United States District Court for the Eastern District of Texas and is a member in good standing of the State Bar of Texas. State Plaintiff requests that Ms. Dokupil be served with all future correspondence and pleadings.

| | |
|---|---|
| Date: December 18, 2023 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | **RYAN D. WALTERS**<br>Chief, Special Litigation Division<br>Tex. State Bar No. 24105085 |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **RYAN G. KERCHER**<br>Deputy Chief, Special Litigation Division<br>Tex. State Bar No. 24060998 |
| **GRANT DORFMAN**<br>Deputy First Assistant Attorney General | /s/ *Susanna Dokupil*<br>**SUSANNA DOKUPIL**<br>Attorney-in-Charge<br>Special Counsel<br>Texas Bar No. 24034419 |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | |
| | OFFICE OF THE ATTORNEY GENERAL OF TEXAS<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>Susanna.Dokupil@oag.texas.gov |
| | **COUNSEL FOR THE STATE OF TEXAS** |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 18, 2023 and that all counsel of record were served by CM/ECF.

/s/ *Susanna Dokupil*
**SUSANNA DOKUPIL**