## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC, *ET AL.*, <br><br>*PLAINTIFFS*, <br><br>V. <br><br>DEPARTMENT OF STATE, *ET AL.*, <br><br>*DEFENDANTS*. | CASE NO. 6:23-CV-00609-JDK |

### THE STATE OF TEXAS'S NOTICE OF APPEARANCE OF COUNSEL

Plaintiff, the State of Texas ("State Plaintiff"), files this Notice of Appearance of Counsel and hereby notifies the Court that the following counsel will appear as counsel for the State of Texas in the above-captioned case. All counsel are admitted to practice in the Eastern District of Texas and are members in good standing with the State Bar of Texas.

| | | |
|---|---|---|
| Charles K. Eldred <br> Chief, Legal Strategy <br> Texas Bar No. 00793681 <br> Charles.eldred@oag.texas.gov | Jonathan Stone <br> Special Counsel <br> Texas Bar No. 24071779 <br> Johnathan.stone@oag.texas.gov | Amy Snow Hilton <br> Special Counsel <br> Texas Bar No. 24097834 <br> Amy.hilton@oag.texas.gov |

Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone: 512-463-2100

Plaintiff State respectfully requests that the parties and the Court copy Mr. Eldred, Mr. Stone, and Ms. Hilton on all future papers filed or served in this action.

1

Date: December 20, 2023

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

/s/ *Charles K. Eldred*
**CHARLES K. ELDRED**
Chief, Legal Strategy
Texas Bar No. 00793681

Respectfully submitted.

**RYAN D. WALTERS**
Chief, Special Litigation Division

**SUSANNA DOKUPIL**
Attorney-in charge
Special Counsel
Texas Bar No. 24034419

/s/ *Johnathan Stone*
**JONATHAN STONE**
Special Counsel
Texas Bar No. 24071779

/s/ *Amy Snow Hilton*
**AMY SNOW HILTON**
Special Counsel
Texas Bar No. 24097834

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Susanna.Dokupil@oag.texas.gov
Charles.eldred@oag.texas.gov
Jonathan.Stone@oag.texas.gov
Amy.Hilton@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 20, 2023 and that all counsel of record were served by CM/ECF.

/s/ *Charles K. Eldred*
**CHARLES K. ELDRED**

/s/ *Johnathan Stone*
**JONATHAN STONE**

/s/ *Amy Snow Hilton*
**AMY SNOW HILTON**