IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE *et al.*, <br><br> Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**NOTICE OF APPEARANCE**

Please take notice that Assistant United States Attorney James Gillingham hereby enters his appearance on behalf of the Defendants.

Dated: February 5, 2024

Respectfully submitted,

DAMIEN M. DIGGS
United States Attorney

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant U.S. Attorney
Eastern District of Texas
110 N. College Street; Suite 700
Tyler, Texas 75702
E-mail: James.Gillingham@usdoj.gov
Phone: (903) 590-1400
Fax: (903) 590-1436
Texas State Bar # 24065295

2

## CERTIFICATE OF SERVICE

      I hereby certify on this 5th day of February 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

                                                         */s/ James Gillingham*
                                                          JAMES GILLINGHAM