IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT<br>OF STATE *et al.*,<br><br>   Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

## ORDER

Upon consideration of Defendants' motion to stay all their response deadlines pending a ruling on Defendants' forthcoming motion to transfer venue, ECF No. 2, and the record herein, it is hereby

**ORDERED** that Defendants' motion is **GRANTED**;

**ORDERED** that Defendants' deadline to respond to the complaint is **STAYED** pending further order of the Court; and

**ORDERED** that Defendants' obligations to respond to any motions for a preliminary injunction or for expedited discovery that Plaintiffs' may file are hereby **STAYED** pending further order of the Court.