**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **THE DAILY WIRE, LLC;**<br><br>**FDRLST MEDIA, LLC; and**<br><br>**THE STATE OF TEXAS, by and through its Attorney General, Ken Paxton,**<br><br>    *Plaintiffs*,<br><br>   v.<br><br>**DEPARTMENT OF STATE,** *et al.*,<br><br>    *Defendants*. | Civil Action No.: 6:23-cv-00609 |

**[PROPOSED] ORDER**

Before the Court is the motion of Plaintiffs, The Daily Wire, LLC, FDRLST Media, LLC, and the State of Texas, pursuant to Local Rule CV-7(a)(2), for leave to file a Memorandum in Support of Plaintiffs' Motion for Preliminary Injunction that exceeds the page limit for non-dispositive motions. After considering the Motion for Leave, the Court finds it should be granted.

It is **ORDERED** that Plaintiffs' Motion for Leave to Exceed Page Limits is hereby **GRANTED**.

So **ORDERED** and **SIGNED** this_____ day of _____, 2024.

                                                              _____
                                                              JEREMY D. KERNODLE
                                                              UNITED STATES DISTRICT JUDGE