# Exhibit C

An official website of the United States Government Here's how you know

- **Live Now:** Department Press Briefing

**U.S. DEPARTMENT of STATE**

About Us

Home > … > About Us – Global Engagement Center

# About Us – Global Engagement Center

GLOBAL ENGAGEMENT CENTER

**Mission:** To direct, lead, synchronize, integrate, and coordinate U.S. Federal Government efforts to recognize, understand, expose, and counter foreign state and non-state propaganda and disinformation efforts aimed at undermining or influencing the policies, security, or stability of the United States, its allies, and partner nations.

**Vision:** To be a data-driven body leading U.S. interagency efforts in proactively addressing foreign adversaries' attempts to undermine U.S. interests using disinformation and propaganda.

**The GEC carries out its mission along five lines of effort:**

1. **Analytics and Research:** GEC's analysts and data scientists collect and analyze data from foreign state and foreign non-state actors to produce analysis on their foreign malign information influence narratives, tactics, and techniques. GEC shares these analyses with stakeholders within the Department, and among S. embassies, the interagency, and our international partners.

2. **International Partnerships:** GEC has built and participates in multiple international coalitions and partnerships with other national governments for the purpose of coordinating counter-

15

disinformation analyses and actions, and collectively buttressing the integrity of the global information environment.

3. **Programs and Campaigns:** GEC's Russia, People's Republic of China, Iran, and Counterterrorism teams each designed to build societal and institutional resilience to foreign propaganda and disinformation efforts abroad. GEC tailors its initiatives to the specific challenges in unique overseas information environments and coordinates both internally within the Department, and with interagency and international partners.

4. **Exposure:** GEC plays a coordination role in the interagency's public exposure of foreign information influence operations, including the use of proxy sites and social media networks overseas.

5. **Technology Assessment and Engagement:** GEC hosts private sector technology demonstrations, assesses counter-disinformation technologies against specific challenges, and identifies technological solutions through technology challenge programs.

**Establishment of the Global Engagement Center:** GEC's founding traces back to 2011 and Executive Order 13584, which established within the Department of State the Center for Strategic Counterterrorism Communications (CSCC) for the purpose of "supporting agencies in Government-wide public communications activities targeted against violent extremism and terrorist organizations."[1] Executive Order 13721 in 2016 transformed the CSCC into the Global Engagement Center but left its counterterrorism mission largely unchanged.

GEC's mission expanded upon enactment of the *National Defense Authorization Act for Fiscal Year 2017* to include the authority to address other foreign state and non-state propaganda and disinformation activities. The *John S. McCain National Defense Authorization Act for Fiscal Year 2019* further refined this mission, and endowed it with a mandate, as reflected in GEC's mission statement.[2]

---

**[1]** *John S. McCain National Defense Authorization Act for Fiscal Year 2019,* Section 1284, Modifications to Global Engagement Center, P.L. 115-232*,* **https://www.congress.gov/bill/115th-congress/house-bill/5515/text**

**[2]** The White House Office of the Press Secretary, Executive Order 13584-Developing an Integrated Strategic Counterterrorism Communications Initiative, September 9, 2011,

**16**

https://obamawhitehouse.archives.gov/the-press-office/2011/09/09/executive-order-13584-developing-integrated-strategic-counterterrorism-c

**TAGS**

Data    Disinformation

White House

USA.gov

Office of the Inspector General

Archives

Contact Us



Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act

**17**