# Exhibit D

An official website of the United States Government Here's how you know

U.S. DEPARTMENT of STATE

**Defeat Disinfo**

Home > ... > Defeat Disinfo

# Defeat Disinfo

## Notice

**All good things must come to an end: with the start of the new year, the GEC's Disinfo Cloud platform and the Disinfo Cloud Digest have been retired as GEC-sponsored efforts. However, the GEC's work to elevate technology solutions to disinformation challenges continue with new projects designed to adapt to the current environment. Stay tuned for more information on the next iteration of this program!**

**Disinfo Cloud Website**

**Download Disinfo Cloud Flyer [1 MB]     [1 MB] (PDF)**

Disinfo Cloud is an unclassified platform used by the U.S. government, foreign partners, and technology providers to identify and learn about technologies to counter adversarial propaganda and disinformation. Disinfo Cloud is also a gateway to the TE's Testbed – established to rapidly identify, assess, test, and implement these technologies. TE invites all interested U.S. government stakeholders and foreign partners to sign up for an account on the Disinfo Cloud website. TE welcomes all feedback and is particularly interested in user requirements against which the technologies can be tested.

18



## A Look Inside

The dashboard shows the number of technologies currently on the testbed, the number of technologies at each stage of assessment, and the types of technologies they represent. Disinfo Cloud offers a continuously updated feed of the latest research, news and related events published by third parties.

Disinfo Cloud offers a continuously updated newsfeed of the latest research, news and related events published by third parties.



19

# Why Disinfo Cloud?



**Problem**: The TE knows there are a wide range of propaganda and disinformation challenges faced by the U.S. government and foreign partners. The team seeks guidance and information from its members in order to identify challenges, needs, and test proposals.



**Tool**: Disinfo Cloud permits stakeholders to search for assessed tools or technologies. The TE can help identify appropriate counter propaganda and disinformation tools and technologies to suit different groups' needs.



**Solution:** Write to inform TE or Disinfo Cloud what your office needs to counter propaganda and disinformation. Ask us for assistance in identifying a technological solution or draft a test proposal for a tool. Can't find a tool that fits your needs? Let Disinfo Cloud know by using the blue and green feedback buttons. The team is open to insights and is here to help implement ideas to move the counter propaganda and disinformation mission forward.

# Disinfo Cloud and the Testbed are used by:

## Interagency

The Census Bureau, U.S. Congress, Department of Defense, Department of Energy, Department of Homeland Security, Department, Department of state, Federal bureau of Investigation, Office

**20**

of Global Affairs, Office of the Director of National Intelligence, the Treasury Department, U.S. Agency for Global Media, U.S. Department of Agriculture

## Foreign Partners

Australian Government, Estonian Government, European Union, and the United Kingdom Government

## Providers

Including Academia, Private Sector, and Tech Vendors

White House

USA.gov

Office of the Inspector General

Archives

Contact Us



Privacy Policy

Accessibility Statement

Copyright Information

FOIA

**21**