# Exhibit E

An official website of the United States government  Here's how you know

Press

**2017-2021 ARCHIVED CONTENT**

Business

You are viewing ARCHIVED CONTENT released online from January 20, 2017 to January 20, 2021.

Employees

Content in this archive site is NOT UPDATED, and links may not function.

Job Seekers

For current information, go to www.state.gov.

Students

Travelers

**Disinfo Cloud**

★ ★ ★

# Disinfo Cloud

Share 

**Download Disinfo Cloud Flyer [1 MB]**   [1 MB] **(PDF)**

Disinfo Cloud is an unclassified platform used by the U.S. government, foreign partners, and technology providers to identify and learn about technologies to counter adversarial propaganda and disinformation. Disinfo Cloud is also a gateway to the TET's Testbed – established to rapidly identify, assess, test, and implement these technologies. TET invites all interested U.S. government stakeholders and foreign partners to sign up for an account on the Disinfo Cloud website. TET

**22**

welcomes all feedback and is particularly interested in user requirements against which the technologies can be tested.



## A Look Inside

The dashboard shows the number of technologies currently on the testbed, the number of technologies at each stage of assessment, and the types of technologies they represent. Disinfo Cloud offers a continuously updated feed of the latest research, news and related events published by third parties.

Disinfo Cloud offers a continuously updated newsfeed of the latest research, news and related events published by third parties.



23

★ ★ ★

## Why Disinfo Cloud?



**Problem**: The TET knows there are a wide range of propaganda and disinformation challenges faced by the U.S. government and foreign partners. The team seeks guidance and information from its members in order to identify challenges, needs, and test proposals.



**Tool**: Disinfo Cloud permits stakeholders to search for assessed tools or technologies. The TET can help identify appropriate counter propaganda and disinformation tools and technologies to suit different groups' needs.



**Solution:** Write to inform TET or Disinfo Cloud what your office needs to counter propaganda and disinformation. Ask us for assistance in identifying a technological solution or draft a test proposal for a tool. Can't find a tool that fits your needs? Let Disinfo Cloud know by using the blue and green feedback buttons. The team is open to insights and is here to help implement ideas to move the counter propaganda and disinformation mission forward.

★ ★ ★

## Disinfo Cloud and the Testbed are used by:

### Interagency

The Census Bureau, U.S. Congress, Department of Defense, Department of Energy, Department of Homeland Security, Department, Department of state, Federal bureau of Investigation, Office of Global Affairs, Office of the Director of National Intelligence, the Treasury Department, U.S. Agency for Global Media, U.S. Department of Agriculture

**24**

## Foreign Partners

Australian Government, Estonian Government, European Union, and the United Kingdom Government

## Providers

Including Academia, Private Sector, and Tech Vendors

White House

USA.gov

Office of the Inspector General

Archives

Contact Us

☐    ☐    ☐    ☐    ☐

Privacy Policy

Accessibility Statement

Copyright Information

FOIA

No FEAR Act

**25**