# Exhibit KK

 The Federalist
https://thefederalist.com › Latest

**12.5%** Is Big Tech Bum Rushing The Supreme Court On ...

May 26, 2022 — Is Big Tech Bum Rushing The Supreme Court On Censorship? By: Philip ... **Philip Hamburger** is the Maurice and Hilda Friedman professor of law ...

 The Federalist
https://thefederalist.com › Latest

**12.5%** A Terrorist Victim Can Help The Supreme Court Fix Section ...

Feb 16, 2023 — It privileges Big Tech to aid terrorism and impose censorship. And **the statute is unconstitutional**. Philip Hamburger is the Maurice and ...

thefederalist.com                                                NewsGuard

A conservative website that has repeatedly published false and misleading information about the Jan. 6, 2021, attack on the U.S. Capitol, COVID-19, and other issues.

 12.5 / 100

**Proceed with Maximum Caution**: This website is unreliable because it severely violates basic journalistic standards.

343

**washingtonpost.com**      NewsGuard

The website for The Washington Post, a leading daily newspaper owned by Amazon founder Jeff Bezos, publishing local, national, and international news and in-depth analysis.

 100 / 100

**High Credibility**: This website adheres to all nine standards of credibility and transparency.

---

 Washington Post
https://www.washingtonpost.com › news › 2014/07/15

**100%** [By Prof. Philip Hamburger:] Why the history of ...

Jul 15, 2014 — Although **administrative** power has been a part of American life for more than a century, much of its **history** has remained untold.

 Washington Post
https://www.washingtonpost.com › news › 2014/07/17

**100%** [By Prof. Philip Hamburger:] The Constitution's repudiation ...

Jul 17, 2014 — The **Constitution** systematically **repudiated** extralegal or absolute power, and it thereby precluded administrative power.

**wsj.com**      NewsGuard

The website of The Wall Street Journal, a daily newspaper founded in 1889 covering politics, global financial markets, the economy, lifestyle, and arts.

**100 / 100**

**High Credibility**: This website adheres to all nine standards of credibility and transparency.

---

Wall Street Journal
https://www.wsj.com › Opinion › Commentary

**100% A Key Ruling Against Social-Media Censorship**

Jul 5, 2023 — The judge in Missouri v. Biden likens the federal government's suppression of dissent to the 'Ministry of Truth' in '1984.'



 **prageru.com**  **NewsGuard**

A website that says it publishes videos "explaining the concepts that have made America great." The site has made misleading and unsubstantiated claims, including about COVID-19 and vaccines.

**57 / 100**

**Proceed with Caution**: This website generally fails to maintain basic standards of accuracy and accountability.

---

 PragerU
https://www.prageru.com › video › big-business-and-big...

**57%  Big Business & Big Brother | PragerU**

 Big Business & Big Brother. **Philip Hamburger** 5-Minute Videos Dec 11, 2023. 735.9k. We are on the brink of the biggest merger in history. If we don't stop…

PragerU · Philip Hamburger · Dec 11, 2023

 PragerU
https://www.prageru.com › presenters › philip-hambur...

**57%  Philip Hamburger**

**Philip Hamburger** is the Maurice & Hilda Friedman Professor of Law at Columbia Law School. A leading scholar of **constitutional law**, he received his bachelor's…

347

**dailywire.com**  NewsGuard

A news site founded by conservative commentator and podcaster Ben Shapiro. The Daily Wire's podcasts have sometimes misstated facts, including about COVID-19 and climate change.

**49.5 / 100**

**Proceed with Caution**: This website generally fails to maintain basic standards of accuracy and accountability.

---

 The Daily Wire
https://www.dailywire.com › episode › big-business-bi...

**49.5% Big Business & Big Brother**

Dec 11, 2023 — **Philip Hamburger**, Professor of Law at Columbia University and CEO of ... © Copyright 2024, **The Daily Wire** LLC | Terms | Privacy. We use ...

 Wall Street Journal
https://www.wsj.com › video › uncommon-knowledge-s...

**100% 'Uncommon Knowledge:' Sen. Rand Paul Interviewed**

   **WSJ** Opinion: Will the Supreme Court Control Government Supremacy? 6:01.

The Wall Street Journal · Jun 17, 2013

**wsj.com**  NewsGuard

The website of The Wall Street Journal, a daily newspaper founded in 1889 covering politics, global financial markets, the economy, lifestyle, and arts.

**100 / 100**

**High Credibility**: This website adheres to all nine standards of credibility and transparency.

---

348



The Federalist
https://thefederalist.com › author › randpaul

 Rand Paul, Author at The Federalist

The **Only Real Way** To **Track Government Spending** Is To Audit The Fed · January 25, 2024 ; Palestine Can't Prosper Until It Chooses Peace · November 8, 2023 ; 1,000 ...

thefederalist.com                                              NewsGuard

A conservative website that has repeatedly published false and misleading information about the Jan. 6, 2021, attack on the U.S. Capitol, COVID-19, and other issues.



**Proceed with Maximum Caution**: This website is unreliable because it severely violates basic journalistic standards.







**Washington Post**
https://www.washingtonpost.com › 2023/10/15 › rand...

**✓ 100%** Rand Paul: I've been working for years to stop Egypt's ...

Oct 15, 2023 — I have introduced legislation that would have canceled arms sales and prohibited U.S. assistance to Egypt until democratic elections took ...



The website for The Washington Post, a leading daily newspaper owned by Amazon founder Jeff Bezos, publishing local, national, and international news and in-depth analysis.

✓ **100 / 100**

**High Credibility**: This website adheres to all nine standards of credibility and transparency.








The Daily Wire
https://www.dailywire.com › news › bombshell-email-...

**49.5% Bombshell Email Shows Joe Biden Allegedly Met With Top ...**

Oct 14, 2020 — World Food Program USA Board Chairman Hunter **Biden** (L) and U.S. Vice President **Joe** Teresa Kroeger/Getty Images for World Food Program USA. A ...



The Daily Wire
https://www.dailywire.com › news › new-emails-show-...

**49.5% New Emails Show Hunter Biden Allegedly Leveraged Ties ...**

Oct 14, 2020 — Democratic Presidential Candidate Joe **Biden** speaks during a drive in rally in Miramar, Florida on JIM WATSON/AFP via Getty Images. Newly ...



The Daily Wire
https://www.dailywire.com › news › walsh-big-techs-c...

**49.5% WALSH: Big Tech's Crackdown On 'Misinformation' Doesn't ...**

**WALSH: Big Tech's Crackdown** On '**Misinformation**' **Doesn't Seem** To **Include Any Left-Wing Misinformation**. By Matt **Walsh**. DailyWire.com. Facebook. Twitter. Mail.



The Daily Wire
https://www.dailywire.com › news › schow-the-blatant-...

**49.5% SCHOW: The Blatant Double Standards On Display ...**

Oct 17, 2020 — World Food Program USA Board Chairman **Hunter Biden** (L) and U.S. Vice President Joe Teresa Kroeger/Getty Images for World Food Program USA. A ...

The Daily Wire
https://www.dailywire.com › news › the-media-officially...

**49.5% SHAPIRO: The Media Officially Becomes the Communications ...**

The communique contained the businessman's thanks to Hunter for brokering a meeting with **Joe Biden**. This was mildly damning, considering that Joe had blithely ...







**Washington Post**
https://www.washingtonpost.com › 2023/08/03 › hunt...

🛡100% **Hunter tried to sell family name but Joe Biden never talked ...**

Aug 3, 2023 — The vice president's appearance at a dinner at Cafe Milano in **Washington** with **Hunter Biden**, his business associates and a Russian ...



**The Washington Post** ✓
@washingtonpost

Analysis: The forgotten — and ignored — context for the emergence of the Hunter Biden laptop story



From washingtonpost.com 🛡100%

9:45 PM · Mar 18, 2022

💬 249     🔁 83     ♥ 161     🔖 27     ↗

355

**Washington Post**
https://www.washingtonpost.com › 2022/03/18 › forg…

 context for the emergence of the Hunter Biden laptop story

...

Mar 18, 2022 — 14, 2020, that it was in possession of emails between a Ukrainian businessman and **Hunter Biden**, son of the then-Democratic presidential nominee, ...

**The Daily Wire**
https://www.dailywire.com › news › tom-cotton-china…

 Tom Cotton: China Lying About Magnitude, Origin Of ...

Feb 17, 2020 — Sen. **Tom Cotton** (R-AR) told Fox News on Sunday that the **China's** communist government has repeatedly lied about the **coronavirus**, ...

**The Daily Wire**
https://www.dailywire.com › news › americas-intelligenc…

 America's Intelligence Agencies Are Coming To Same ...

May 3, 2020 — "A Senior Intelligence Source tells me there is agreement among most of the 17 **Intelligence agencies** that **COVID**-19 originated in the Wuhan lab," ...

**The Daily Wire**
https://www.dailywire.com › news › top-u-s-official-g…

 Top U.S. Official: 'Growing Body Of Evidence' Coronavirus ...

A **top U.S. official** reportedly told politicians from around the world last week that a "**growing body** of **evidence**" points to a **Chinese lab** as being the point ...

**The Daily Wire**
https://www.dailywire.com › news › the-greatest-cover…

49.5%  The Greatest Cover-Up In Human History

Finally, it was true. The so-called "lab leak" theory of the origins of COVID — the theory that COVID originated in a lab at the Wuhan Institute of Virology and ...





Washington Post
https://www.washingtonpost.com › 2020/02/16 › tom-...

**100% Tom Cotton keeps repeating a coronavirus fringe theory ...**

Feb 17, 2020 — Experts say there's no evidence the virus is man-made, and it's "highly unlikely" it is the result of an accident at a lab.



The Daily Wire
https://www.dailywire.com › news › hamas-and-its-me...

**49.5% Hamas And Its Media Allies Baffle With Bulls**

The story of the current Israel-**Hamas** conflict happens to be extremely simple. **Hamas** is a genocidal Jew-hating organization that openly seeks the ...

Missing: ~~Bullsh~~ | Show results with: Bullsh

358



**bloomberg.com**                                     **NewsGuard**

The website of Bloomberg News, one of the world's largest news organizations, named after founder Michael Bloomberg, the billionaire philanthropist and former New York City mayor.

**100 / 100**

**High Credibility**: This website adheres to all nine standards of credibility and transparency.

---

**Washington Post**
https://www.washingtonpost.com › 2023/10/17 › bide...

**100%  Ahead of Biden visit, Israel's treatment of civilians looms large**

Oct 17, 2023 — The United States, he said, "stands unequivocally for the protection of **civilian** life during conflict." In turn, **Palestinian** Authority President ...