**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

THE DAILY WIRE, LLC *et al.*,

       Plaintiffs,

   v.

UNITED STATES DEPARTMENT
OF STATE *et al.*,

       Defendants.

Civil Action No. 6:23-cv-00609 (JDK)

## [PROPOSED] ORDER

Upon consideration of Defendants' motion to transfer venue, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**; and

**ORDERED** that this case be transferred to the United States District Court for the District

of Columbia.

1