IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § § | |

**ORDER GRANTING-IN-PART AND DENYING-IN-PART MOTION TO STAY**

Before the Court is Defendants' motion to stay their deadlines to respond to Plaintiffs' complaint, motion for preliminary injunction, and motion for expedited preliminary-injunction discovery. Docket No. 8. Having considered the arguments, the Court **DENIES** the motion with respect to the preliminary injunction and expedited briefing deadlines. However, the Court **GRANTS** the agreed-upon forty-five-day extension of Defendants' deadline to respond to Plaintiffs' complaint.

Accordingly, Defendants must respond to the complaint by **March 28, 2024**.

So **ORDERED** and **SIGNED** this **9th** day of **February, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1