IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE *et al.*, <br><br> Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint motion for extension, it is hereby:

**ORDERED** that the joint motion is **GRANTED**; and

**ORDERED** that the following schedule govern Defendants' motion to transfer and Plaintiffs' motion for preliminary injunction:

- March 15, 2024 – Plaintiffs' opposition to Defendants' motion to transfer and Defendants' opposition to Plaintiffs' motion for preliminary injunction;

- April 5, 2024 – Defendants' reply in support of their motion to transfer venue and Plaintiffs' reply in support of their motion for preliminary injunction.

1