IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § § § | |

**ORDER GRANTING MOTIONS FOR ADDITIONAL PAGES AND EXTENSIONS OF TIME**

Before the Court are Plaintiffs' unopposed motion for leave to exceed the page limit in their preliminary injunction motion (Docket No. 10) and the parties' joint motion to extend certain response and reply deadlines (Docket No. 16). The Court **GRANTS** both motions.

Plaintiffs' motion for a preliminary injunction is accepted as filed (Docket No. 11). And the Court **ORDERS** that the following schedule govern Defendants' motion to transfer (Docket No. 14) and Plaintiffs' motion for preliminary injunction (Docket No. 11):

- March 15, 2024 – Deadline for Plaintiffs' opposition to Defendants' motion to transfer and Defendants' opposition to Plaintiffs' motion for preliminary injunction;

- April 5, 2024 – Deadline for Defendants' reply in support of their motion to transfer venue and Plaintiffs' reply in support of their motion for preliminary injunction.

**Signed this**

**Feb 14, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2