# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC, *ET AL.*, | |
| *PLAINTIFFS*, | |
| v. | CASE NO. 6:23-CV-00609-JDK |
| DEPARTMENT OF STATE, *ET AL.*, | |
| *DEFENDANTS*. | |

**THE STATE OF TEXAS'S NOTICE OF APPEARANCE OF COUNSEL**

Plaintiff, the State of Texas ("State Plaintiff"), files this Notice of Appearance of Counsel and hereby notifies the Court that Johnathan Stone will appear as counsel for the State of Texas in the above-captioned case. Mr. Stone is admitted to practice in the Eastern District of Texas and is a member in good standing with the State Bar of Texas.

Jonathan Stone
Special Counsel
Texas Bar No. 24071779
Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone:  512-463-2100
Johnathan.stone@oag.texas.gov

State Plaintiff respectfully requests that the parties and the Court copy Mr. Stone on all future papers filed or served in this action.

1

Date: February 20, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**CHARLES K. ELDRED**
Chief, Legal Strategy
Texas Bar No. 00793681

Respectfully submitted.

**RYAN D. WALTERS**
Chief, Special Litigation Division

**SUSANNA DOKUPIL**
Attorney-in charge
Special Counsel
Texas Bar No. 24034419

/s/ *Johnathan Stone*
**JONATHAN STONE**
Special Counsel
Texas Bar No. 24071779

**AMY SNOW HILTON**
Special Counsel
Texas Bar No. 24097834

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Susanna.Dokupil@oag.texas.gov
Charles.eldred@oag.texas.gov
Jonathan.Stone@oag.texas.gov
Amy.Hilton@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 20, 2024 and that all counsel of record were served by CM/ECF.

/s/ *Johnathan Stone*
**JONATHAN STONE**