# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC, *ET AL.*, <br><br>*PLAINTIFFS*, <br><br>v. <br><br>DEPARTMENT OF STATE, *ET AL.*, <br><br>*DEFENDANTS*. | CASE NO. 6:23-CV-00609-JDK |

**THE STATE OF TEXAS'S NOTICE OF APPEARANCE OF COUNSEL**

Plaintiff, the State of Texas ("State Plaintiff"), files this Notice of Appearance of Counsel and hereby notifies the Court that Charles K. Eldred will appear as counsel for the State of Texas in the above-captioned case. Mr. Eldred is admitted to practice in the Eastern District of Texas and is a member in good standing with the State Bar of Texas.

Charles K. Eldred
Chief, Legal Strategy
Texas Bar No. 00793681
Office of the Attorney General
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Phone:  512-463-2100
Charles.eldred@oag.texas.gov

State Plaintiff respectfully requests that the parties and the Court copy Mr. Eldred on all future papers filed or served in this action.

1

| | |
|---|---|
| Date: February 22, 2024 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | **RYAN D. WALTERS**<br>Chief, Special Litigation Division |
| **BRENT WEBSTER**<br>First Assistant Attorney General | **SUSANNA DOKUPIL**<br>Attorney-in charge<br>Special Counsel<br>Texas Bar No. 24034419 |
| **GRANT DORFMAN**<br>Deputy First Assistant Attorney General | |
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | **JONATHAN STONE**<br>Special Counsel<br>Texas Bar No. 24071779 |
| /s/ *Charles K. Eldred*<br>**CHARLES K. ELDRED**<br>Chief, Legal Strategy<br>Texas Bar No. 00793681 | **AMY SNOW HILTON**<br>Special Counsel<br>Texas Bar No. 24097834 |

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Susanna.Dokupil@oag.texas.gov
Charles.eldred@oag.texas.gov
Jonathan.Stone@oag.texas.gov
Amy.Hilton@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on February 22, 2024 and that all counsel of record were served by CM/ECF.

/s/ *Charles K. Eldred*
**CHARLES K. ELDRED**