# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC, *ET AL.*, <br><br> *PLAINTIFFS*, <br><br> v. <br><br> DEPARTMENT OF STATE, *ET AL.*, <br><br> *DEFENDANTS*. | CASE NO. 6:23-CV-00609-JDK |

### THE STATE OF TEXAS'S NOTICE OF APPEARANCE OF CO-COUNSEL

The State of Texas files this Notice of Appearance for Jacob E. Przada, who will appear as co-counsel for Plaintiff in the above-captioned case along with counsel listed below. Mr. Przada is admitted to practice in the United States District Court for the Eastern District of Texas and is a member in good standing of the State Bar of Texas. Plaintiff requests that Mr. Przada be served with all future correspondence and pleadings.

1

Date: March 1, 2024                                 Respectfully submitted.

**KEN PAXTON**                                      **SUSANNA DOKUPIL**
Attorney General                                    Special Counsel
                                                    Texas Bar No. 24034419
**BRENT WEBSTER**
First Assistant Attorney General                    **JONATHAN STONE**
                                                    Special Counsel
**GRANT DORFMAN**                                   Texas Bar No. 24071779
Deputy First Assistant Attorney General
                                                    **AMY HILTON**
**RALPH MOLINA**                                    Special Counsel
Deputy Attorney General for Legal Strategy          Texas Bar No. 24097834

**CHARLES K. ELDRED**                               /s/ *Jacob E. Przada*
Chief, Legal Strategy                               **JACOB E. PRZADA**
Texas Bar No. 00793681                              Special Counsel
                                                    Texas Bar No. 24125371
**RYAN D. WALTERS**
Chief, Special Litigation Division                  OFFICE OF THE ATTORNEY GENERAL OF TEXAS
                                                    Special Litigation Division
                                                    P.O. Box 12548, Capitol Station
                                                    Austin, Texas 78711-2548
                                                    Tel.: (512) 463-2100
                                                    susanna.dokupil@oag.texas.gov
                                                    charles.eldred@oag.texas.gov
                                                    jonathan.stone@oag.texas.gov
                                                    amy.hilton@oag.texas.gov
                                                    jacob.przada@oag.texas.gov

                                                    **COUNSEL FOR THE STATE OF TEXAS**

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on March 1, 2024 and that all counsel of record were served by CM/ECF.

/s/ *Jacob E. Przada*
**JACOB E. PRZADA**