IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC;<br><br>FDRLST MEDIA, LLC; and<br><br>THE STATE OF TEXAS, by and through its Attorney General, Ken Paxton,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DEPARTMENT OF STATE;<br><br>GLOBAL ENGAGEMENT CENTER;<br><br>ANTONY BLINKEN, in his official capacity as Secretary of State;<br><br>LEAH BRAY, in her official capacity as Deputy Coordinator of the State Department's Global Engagement Center;<br><br>JAMES P. RUBIN, in his official capacity as Coordinator for the Global Engagement Center of the State Department;<br><br>DANIEL KIMMAGE, in his official capacity as the Principal Deputy Coordinator for the Global Engagement Center at the State Department;<br><br>ALEXIS FRISBIE, in her official capacity as Senior Technical Advisor of the Technology Engagement Team for the Global Engagement Center at the State Department;<br><br>PATRICIA WATTS, in her official capacity as the Director of the Technology Engagement Team at the Global Engagement Center at the State Department,<br><br>    *Defendants*. | Civil Action No.: 6:23-cv-00609 |

# EXHIBIT 3

# Brief: Disinformation Risk in the United States Online Media Market, October 2022

*Available at:* https://www.disinformationindex.org/research/2022-10-21-brief-disinformation-risk-in-the-united-states-online-media-market-october-2022/

| Least risky sites | Riskiest sites |
| --- | --- |
| NPR | New York Post |
| AP News | Reason Magazine |
| The New York Times | RealClearPolitics |
| ProPublica | The Daily Wire |
| Insider | TheBlaze |
| USA Today | One America News Network |
| The Washington Post | The American Conservative |
| BuzzFeed News | The Federalist |
| Wall Street Journal | Newsmax |
| HuffPost | The American Spectator |