### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| **THE DAILY WIRE, LLC;** | |
| **FDRLST MEDIA, LLC; and** | |
| **THE STATE OF TEXAS, by and through its Attorney General, Ken Paxton,** | Civil Action No.: 6:23-cv-00609 |
| *Plaintiffs,* | |
| v. | |
| **DEPARTMENT OF STATE;** | |
| **GLOBAL ENGAGEMENT CENTER;** | |
| **ANTONY BLINKEN, in his official capacity as Secretary of State;** | |
| **LEAH BRAY, in her official capacity as Deputy Coordinator of the State Department's Global Engagement Center;** | |
| **JAMES P. RUBIN, in his official capacity as Coordinator for the Global Engagement Center of the State Department;** | |
| **DANIEL KIMMAGE, in his official capacity as the Principal Deputy Coordinator for the Global Engagement Center at the State Department;** | |
| **ALEXIS FRISBIE, in her official capacity as Senior Technical Advisor of the Technology Engagement Team for the Global Engagement Center at the State Department;** | |
| **PATRICIA WATTS, in her official capacity as the Director of the Technology Engagement Team at the Global Engagement Center at the State Department,** | |
| *Defendants.* | |

# EXHIBIT 5

*available at:* https://apps.irs.gov/app/eos/details/

# Disinformation Index Inc.

EIN: 85-2450338 | San Antonio, Texas, United States

## Other Names

DISINFORMATION INDEX INC

## Publication 78 Data

Organizations eligible to receive tax-deductible charitable contributions. Users may rely on this list in determining deductibility of their contributions.

**On Publication 78 Data List:** Yes

**Deductibility Code:** PC ⓘ

## Determination Letter

A favorable determination letter is issued by the IRS if an organization meets the requirements for tax-exempt status under the Code section the organization applied.

### Final Letter(s)

FinalLetter_85-2450338_DISINFORMATIONINDEXINC_08182020_00.tif [https://apps.irs.gov/pub/epostcard/dl/FinalLetter_85-2450338_DISINFORMATIONINDEXINC_08182020_00.tif]

## Copies of Returns (990, 990-EZ, 990-PF, 990-T)

Electronic copies (images) of Forms 990, 990-EZ, 990-PF or 990-T returns filed with the IRS by charities and non-profits.

⌄ **Tax Year 2021 Form 990**

∨  **Tax Year 2020 Form 990**