## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

|  |  |
|---|---|
| **THE DAILY WIRE, LLC;**<br><br>**FDRLST MEDIA, LLC; and**<br><br>**THE STATE OF TEXAS, by and through its Attorney General, Ken Paxton,**<br><br>　　　　*Plaintiffs,*<br><br>　　v.<br><br>**DEPARTMENT OF STATE;**<br><br>**GLOBAL ENGAGEMENT CENTER;**<br><br>**ANTONY BLINKEN, in his official capacity as Secretary of State;**<br><br>**LEAH BRAY, in her official capacity as Deputy Coordinator of the State Department's Global Engagement Center;**<br><br>**JAMES P. RUBIN, in his official capacity as Coordinator for the Global Engagement Center of the State Department;**<br><br>**DANIEL KIMMAGE, in his official capacity as the Principal Deputy Coordinator for the Global Engagement Center at the State Department;**<br><br>**ALEXIS FRISBIE, in her official capacity as Senior Technical Advisor of the Technology Engagement Team for the Global Engagement Center at the State Department;**<br><br>**PATRICIA WATTS, in her official capacity as the Director of the Technology Engagement Team at the Global Engagement Center at the State Department,**<br><br>　　　　*Defendants.* | Civil Action No.: 6:23-cv-00609 |

# EXHIBIT 7

## DECLARATION OF JOSHUA HERR

I, Joshua Herr, hereby declare and state:

1.      I, Joshua Herr, am over the age of 18 and make this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Transfer.

2.      I am the General Counsel of  Plaintiff The Daily Wire, LLC, and I make this Declaration based on my personal knowledge and experience.

3.      The Daily Wire has hundreds of paid subscribers in Tyler, Texas alone with more subscribers in the Eastern District of Texas.

4.      There are two employees within the State of Texas who provide services to The Daily Wire.

5.      The Daily Wire is a Texas limited liability company with a registered address and registered agent in Texas.

6.      I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

Executed on March 12, 2024, at Nashville, TN.

_____
Joshua Herr

2