**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| **THE DAILY WIRE, LLC,**<br><br>**FDRLST MEDIA, LLC; and**<br><br>**THE STATE OF TEXAS, by and through its Attorney General, Ken Paxton,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**DEPARTMENT OF STATE,** *et. al.*<br><br>*Defendants.* | **Civil Action No.: 6:23-cv-00609** |

**[PROPOSED] ORDER**

Upon consideration of Defendants' motion to transfer venue, it is hereby:

**ORDERED** that Defendants' motion is **DENIED**.