IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC; <br><br> FDRLST MEDIA, LLC; and <br><br> THE STATE OF TEXAS, by and through its Attorney General, Ken Paxton, <br><br> *Plaintiffs*, <br><br> v. <br><br> DEPARTMENT OF STATE; <br><br> GLOBAL ENGAGEMENT CENTER; <br><br> ANTONY BLINKEN, in his official capacity as Secretary of State; <br><br> LEAH BRAY, in her official capacity as Deputy Coordinator of the State Department's Global Engagement Center; <br><br> JAMES P. RUBIN, in his official capacity as Coordinator for the Global Engagement Center of the State Department; <br><br> DANIEL KIMMAGE, in his official capacity as the Principal Deputy Coordinator for the Global Engagement Center at the State Department; <br><br> ALEXIS FRISBIE, in her official capacity as Senior Technical Advisor of the Technology Engagement Team for the Global Engagement Center at the State Department; <br><br> PATRICIA WATTS, in her official capacity as the Director of the Technology Engagement Team at the Global Engagement Center at the State Department, <br><br> *Defendants*. | Civil Action No.: 6:23-cv-00609 <br><br> Notice of Filing Supplemental Declaration |

1

## NOTICE OF FILING SUPPLEMENTAL DECLARATION OF SEAN DAVIS

Plaintiffs now file herewith a Supplemental Declaration of Sean Davis to support Plaintiffs' Response to Defendants' Motion to Transfer Venue (ECF 25). The Declaration provides further support for Media Plaintiffs' position detailed at pages 10–14 of its Response (ECF 25) that venue is appropriate in the Eastern District of Texas because the locus of the intended harm is in this district—where the Media Plaintiffs' audience resides. Specifically, Davis's Declaration verifies that subscribers to The Federalist reside in Tyler, Texas. Exh. 8, Davis Decl. at ¶ 4. Further, hundreds of thousands of users of The Federalist website reside in Texas. *Id.* at ¶ 5, and two full-time employees of The Federalist reside in Texas. *Id.* at ¶ 3. As such, the attached Declaration further demonstrates that "a substantial part of the events and omissions" inflict harm on Media Plaintiffs in the District, and therefore venue is proper over the Media Plaintiffs' claims under 28 U.S.C. § 1391's "substantial part of the events" standard.

DATED: March 15, 2024

Respectfully submitted,

/s/ *Margaret A. Little*
Margaret A. Little
Lead Attorney
Senior Litigation Counsel
Connecticut Bar # 303494
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
Peggy.Little@ncla.legal

/s/ *Margot J. Cleveland*
Margot J. Cleveland,
Of Counsel
Michigan Bar #P83564
NEW CIVIL LIBERTIES ALLIANCE
Margot.Cleveland@ncla.legal

2

/s/ *Casey Norman*

Casey Norman
*Pro hac vice pending*
Litigation Counsel
New York Bar #5772199
NEW CIVIL LIBERTIES ALLIANCE
Casey.Norman@ncla.legal

*Attorneys for Plaintiffs The Daily Wire Entertainment LLC and FDRLST Media LLC*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General of Texas

GRANT DORFMAN
Deputy First Assistant Attorney General of Texas

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

/s/ *Susanna Dokupil*

SUSANNA DOKUPIL
Lead Attorney
Special Counsel
Texas State Bar No. 24034419

AMY S. HILTON
Special Counsel
Texas State Bar No. 24097834

JOHNATHAN STONE
Special Counsel
Texas State Bar No. 24071779

*Attorneys for Plaintiff the State of Texas*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on March 15, 2024, I caused a true and correct copy of the foregoing and the Supplemental Declaration of Sean Davis to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

                                        */s/ Margot J. Cleveland*
                                          Margot J. Cleveland