IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC;<br><br>FDRLST MEDIA, LLC; and<br><br>THE STATE OF TEXAS, by and through its Attorney General, Ken Paxton,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>DEPARTMENT OF STATE;<br><br>GLOBAL ENGAGEMENT CENTER;<br><br>ANTONY BLINKEN, in his official capacity as Secretary of State;<br><br>LEAH BRAY, in her official capacity as Deputy Coordinator of the State Department's Global Engagement Center;<br><br>JAMES P. RUBIN, in his official capacity as Coordinator for the Global Engagement Center of the State Department;<br><br>DANIEL KIMMAGE, in his official capacity as the Principal Deputy Coordinator for the Global Engagement Center at the State Department;<br><br>ALEXIS FRISBIE, in her official capacity as Senior Technical Advisor of the Technology Engagement Team for the Global Engagement Center at the State Department;<br><br>PATRICIA WATTS, in her official capacity as the Director of the Technology Engagement Team at the Global Engagement Center at the State Department,<br><br>    *Defendants*. | Civil Action No.: 6:23-cv-00609 |

# EXHIBIT 8

## DECLARATION OF SEAN DAVIS

I, Sean Davis, hereby declare and state:

1. I, Sean Davis, am over the age of 18 and make this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Transfer.

2. I am the CEO and co-founder of The Federalist and I make this Declaration based on my personal knowledge and experience.

3. The Federalist has two (2) full-time employees in the State of Texas.

4. The Federalist has multiple paid subscribers within the Tyler Division of the U.S. District Court's Eastern District of Texas.

5. The Federalist website has hundreds of thousands of users within the State of Texas.

6. I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief.

Executed on March 14, 2024.

*/s/ Sean Davis*
Sean Davis