IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE *et al.*, <br><br> Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**[PROPOSED] ORDER**

Having considered Defendants' Unopposed Motion for Leave to File Excess pages, the Court determines that good cause exists for Defendants' request. It is:

**ORDERED** that Defendants' motion is **GRANTED**; and

**ORDERED** that Defendants may file a 50-page combined brief containing their Opposition to Plaintiffs' Motion for Preliminary Injunction and Motion to Dismiss the Complaint.