IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § § | |

### ORDER STRIKING DEFENDANTS' COMBINED FILING

On March 15, 2024, Defendants filed a Combined Opposition to Plaintiff's Motion for Preliminary Injunction and Motion to Dismiss for Lack of Jurisdiction. Docket No. 28. Local Rule CV-7(a) requires that "[e]ach pleading, motion, or response to a motion must be filed as a separate document, except for motions for alternative relief (e.g., a motion to dismiss or, alternatively, to transfer)." Defendants' filing seeks two separate—not alternative—forms of relief. Thus, the Court strikes Defendants' combined filing under Local Rule CV-7(a). Defendants may re-file their Response in Opposition to Plaintiff's Motion for Preliminary Injunction by **Friday, March 22, 2024**. Likewise, Defendants may separately file their Motion to Dismiss by **Thursday, March 28, 2024**, the deadline to file an answer to the complaint.

Defendants' Motion for Leave to File Excess Pages, Docket No. 27, is denied as moot.

So **ORDERED** and **SIGNED** this **18th** day of **March, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE