IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE *et al.*, <br><br> Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel,
Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel,
Federal Programs Branch

DOROTHY M. CANEVARI
CRISTEN C. HANDLEY
CODY T. KNAPP
ARJUN MODY
Trial Attorneys
U.S. Department of Justice
Civil Division, Federal Programs Branch

Pursuant to Local Civil Rule 7(k), the government respectfully requests leave to file a 49-page response brief in opposition to Plaintiffs' Motion for Preliminary Injunction, in excess of the page limit that applies to response briefs for non-dispositive motions. Good cause supports this request:

1. Pursuant to the Court's Order dated March 18, 2024, the government's deadline to respond to Plaintiffs' Motion for Preliminary Injunction is March 22, 2024. ECF No. 29.

2. Plaintiffs' brief in support of their Motion for Preliminary Injunction is 36 pages long and has 40 exhibits. Plaintiffs' Complaint is 66 pages long and contains 313 paragraphs and 5 counts.

3. In order to adequately address the issues raised in Plaintiffs' Motion, and also to accurately describe the relevant factual background pertaining to Plaintiffs' voluminous exhibits and the numerous allegations in the Complaint, the government respectfully requests leave to file a 49-page brief.

4. Moreover, under the Eastern District of Texas's Local Rule 7(a)(2), the government would ordinarily be permitted 15 pages for its opposition to Plaintiffs' Motion for Preliminary Injunction. The Court granted Plaintiffs leave however, without objection from Defendants, to file a 36-page brief in support of their motion. Given the length of that brief, Plaintiffs' 40 exhibits, and the length of the Complaint, the government seeks a reasonable 13-page extension beyond that which Plaintiffs sought for their motion and this Court granted.

5. Undersigned counsel has conferred with counsel for Plaintiffs, who do not oppose this request, so long as Defendants consent to Plaintiffs' forthcoming request for leave to file a 20-page reply brief in support of their Motion for Preliminary Injunction, as well as a 7-day extension of time to file that brief, making it due on April 12, 2024. *See* ECF No. 17

(current deadline for Plaintiffs' reply brief is April 5, 2024). Defendants do not oppose that forthcoming request.

Dated: March 22, 2024                          Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel,
Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel,
Federal Programs Branch

*/s/ Arjun Mody*
DOROTHY M. CANEVARI (NY # 5989694)
CRISTEN C. HANDLEY (MO # 69114)
CODY T. KNAPP (NY # 5715438)
ARJUN MODY (DC # 90013383)
Trial Attorneys
United States Department of Justice
Civil Division
Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 451-7723
Email: arjun.a.mody@usdoj.gov

*Counsel for Defendants*

2

## **CERTIFICATE OF CONFERENCE**

  Pursuant to Local Rule 7(i), counsel for Defendants conferred with counsel for Plaintiffs regarding the relief requested in this motion. Plaintiffs do not oppose the motion.

*/s/ Arjun Mody*
ARJUN MODY

**CERTIFICATE OF SERVICE**

On March 22, 2024, I electronically submitted this document to the clerk of court of the U.S. District Court for the Eastern District of Texas using the court's electronic case filing system.  I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Arjun Mody*
ARJUN MODY