IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:23-cv-609-JDK |
| | § | |
| UNITED STATES DEPARTMENT OF STATE, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER REGARDING APRIL 19 ORAL ARGUMENT**

Plaintiffs ask the Court to clarify whether the April 19 oral argument will address the pending motion for a preliminary injunction and motion to dismiss. Docket No. 34. Plaintiffs explain that they seek discovery that might bear on those motions and ask the Court to limit the April 19 hearing to the motion for expedited discovery and to Defendants' motion to transfer venue. Alternatively, Plaintiffs seek a continuance of the hearing on their preliminary injunction motion and Defendants' motion to dismiss. The Court **GRANTS IN PART** Plaintiffs' motion (Docket No. 34), as explained below.

To clarify, the Court does not intend to determine the motion for a preliminary injunction at the April 19 hearing and would set a separate hearing for that motion at a later date if necessary. But the Court does seek to understand how the four pending motions relate to one another, the proper order of resolution, and the effect of Plaintiffs' requested discovery on the pending motions. Accordingly, the parties should be prepared to discuss the merits of all four pending motions on April 19.

So **ORDERED** and **SIGNED** this **1st** day of **April, 2024.**

                                                                JEREMY D. KERNODLE
                                                                UNITED STATES DISTRICT JUDGE