IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC, et al., § § § Plaintiffs, § § v. § Case No. 6:23-cv-609-JDK § UNITED STATES DEPARTMENT OF § STATE, et al., § § Defendants. § § | |

**ORDER GRANTING MOTION FOR EXTENSION**

Before the Court is Plaintiffs' unopposed motion seeking a one-week extension of their deadline to file a reply brief in support of their motion for preliminary injunction. Docket No. 35. Having considered the arguments, the Court hereby **GRANTS** the motion and **ORDERS** Plaintiffs to file their reply brief by **April 12, 2024**.

So **ORDERED** and **SIGNED** this **1st** day of **April, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1