# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT <br> OF STATE *et al.*, <br><br> Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

### JOINT MOTION TO EXTEND PLAINTIFFS' DEADLINE TO OPPOSE
### DEFENDANTS' MOTION TO DISMISS
### AND TO RESCHEDULE ORAL ARGUMENT

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), and in accordance with instructions received from this Court's chambers, the parties jointly request that the Court extend Plaintiffs' deadline to oppose Defendants' motion to dismiss and reschedule the April 19, 2024 oral argument to April 23, 2024.  For the reasons below, good cause supports this joint request.

1. The Court's March 18, 2024 Order set in-person oral argument on all pending motions in this case for April 19, 2024.  *See* ECF No. 30.  There are four motions to be addressed at oral argument: (1) Defendants' motion to transfer venue, ECF No. 14; (2) Defendants' motion to dismiss, ECF No. 33; (3) Plaintiffs' motion for preliminary injunction, ECF No. 11; and (4) Plaintiffs' motion for expedited preliminary-injunction-related discovery, ECF No. 13.  *See* ECF No. 36 at 1.

2. To allow sufficient time to prepare their opposition to Defendants' motion to dismiss and in light of their scheduling constraints, Plaintiffs seek a two-day extension of their April 8, 2024 deadline for their opposition, to April 10, 2024.  This extension, if granted, would make Defendants' reply in support of their motion to dismiss due by April 17, which would conflict with Defendants' existing preparation and travel schedule for oral argument.

1

Defendants do not oppose Plaintiffs' requested extension, provided that oral argument be rescheduled to April 22 or April 23. The parties understand from correspondence with this Court's chambers that the Court is available on either date. Subject to the Court's schedule and preference, the parties propose April 23, to avoid traveling over the weekend. This modest extension would allow sufficient time for all parties to adequately prepare for and travel to oral argument. Further, it would not impact any other existing deadlines in this matter.

For these reasons, the parties jointly request that Plaintiffs' deadline to oppose Defendants' motion to dismiss be extended to April 10, 2024, and that oral argument be rescheduled to April 23, 2024. A proposed Order is attached.

Dated: April 4, 2024                                Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JAMES J. GILLIGAN
Special Litigation Counsel
Federal Programs Branch

JOSHUA E. GARDNER
Special Counsel
Federal Programs Branch

*/s/ Cristen C. Handley*
CRISTEN C. HANDLEY
DOROTHY M. CANEVARI
ARJUN MODY
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202)-305-2677
Fax: (202)-616-8470
Email: cristen.handley@usdoj.gov

*Counsel for Defendants*

/s/ *Margaret A. Little*
Margaret A. Little
Lead Attorney
Senior Litigation Counsel
Connecticut Bar # 303494
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone: (202) 869-5210
 Facsimile: (202) 869-5238
Peggy.Little@ncla.legal

/s/ *Margot J. Cleveland*
Margot J. Cleveland,
Of Counsel
Michigan Bar #P83564
NEW CIVIL LIBERTIES ALLIANCE
Margot.Cleveland@ncla.legal

/s/ *Casey Norman*
Casey Norman*
*Pro hac vice forthcoming*
Litigation Counsel
New York Bar #5772199
Casey.Norman@ncla.legal

*Attorneys for Plaintiffs the*
*Daily Wire Entertainment LLC and*
*FDRLST Media LLC*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General of Texas

GRANT DORFMAN
Deputy First Assistant Attorney General of Texas

RALPH MOLINA
Deputy Attorney General for Legal Strategy

RYAN D. WALTERS
Chief, Special Litigation Division

3

/s/ Susanna Dokupil
SUSANNA DOKUPIL
Lead Attorney
Special Counsel
Texas State Bar No. 24034419

AMY S. HILTON
Special Counsel
Texas State Bar No. 24097834

JOHNATHAN STONE
Special Counsel
Texas State Bar No. 24071779

*Attorneys for the State of Texas*

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2024, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/ECF system, which will notify all counsel of record of such filing.

> */s/ Cristen C. Handley*
> CRISTEN C. HANDLEY
> Trial Attorney
> United States Department of Justice
> Civil Division, Federal Programs Branch
> 1100 L Street, N.W.
> Washington, D.C. 20005
> Tel: (202)-305-2677
> Fax: (202)-616-8470
> Email: cristen.handley@usdoj.gov

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for the parties have conferred regarding this joint motion. This joint motion is unopposed.

> */s/ Cristen C. Handley*
> CRISTEN C. HANDLEY
> Trial Attorney
> U.S. Department of Justice