IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE *et al.*, <br><br> Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**[PROPOSED] ORDER**

Upon consideration of the parties' joint motion to extend Plaintiffs' deadline to oppose Defendants' motion to dismiss and to reschedule the April 19, 2024 oral argument, it is hereby:

**ORDERED** that the joint motion is **GRANTED**; and

**ORDERED** that Plaintiffs' opposition to Defendants' motion to dismiss is due by April 10, 2024, and the April 19, 2024 oral argument is rescheduled to April 23, 2024 at 9:30 a.m. at the William M. Steger Federal Building and United States Courthouse, 221 West Ferguson Street, Courtroom 102, Tyler, Texas 75702.