IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC, et al., | § § § |
| Plaintiffs, | § § |
| v. | §   Case No. 6:23-cv-609-JDK § |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § |
| Defendants. | § § |

**ORDER GRANTING JOINT MOTION TO EXTEND**

Before the Court is the parties' joint motion to extend Plaintiffs' deadline to oppose Defendants' motion to dismiss and to reschedule oral argument. Docket No. 38. The Court **GRANTS** the motion.

Pursuant to the parties' agreement, Plaintiffs may file their opposition to Defendants' motion to dismiss by **April 10**. Further, in-person oral argument is rescheduled for **April 23, 2024**, at **1:30 p.m.** at the William M. Steger Federal Building and United States Courthouse, 221 West Ferguson Street, Courtroom 102, Tyler, Texas 75702.

So **ORDERED** and **SIGNED** this **5th** day of **April, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1