IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT<br>OF STATE *et al.*,<br><br>　　　　Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**[PROPOSED] ORDER**

　　Upon consideration of Defendants' Unopposed Motion for Leave to File Excess Pages, it is hereby:

　　**ORDERED** that Defendants' motion is **GRANTED**.

1