IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC, *ET AL.*, <br><br>  *PLAINTIFFS*, <br><br> v. <br><br> DEPARTMENT OF STATE, *ET AL.*, <br><br>  *DEFENDANTS*. | CASE NO. 6:23-CV-00609-JDK |

### THE STATE OF TEXAS'S NOTICE OF APPEARANCE OF CO-COUNSEL

The State of Texas files this Notice of Appearance for Munera Al-Fuhaid, who will appear as co-counsel for Plaintiff in the above-captioned case along with counsel listed below. Ms. Al-Fuhaid is admitted to practice in the United States District Court for the Eastern District of Texas and is a member in good standing of the State Bar of Texas. Plaintiff requests that Ms. Al-Fuhaid be served with all future correspondence and pleadings.

1

Date: April 22, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy Attorney General for Legal Strategy

**CHARLES K. ELDRED**
Chief, Legal Strategy
Texas Bar No. 00793681

**RYAN D. WALTERS**
Chief, Special Litigation Division

Respectfully submitted.

**SUSANNA DOKUPIL**
Special Counsel
Texas Bar No. 24034419

**JONATHAN STONE**
Special Counsel
Texas Bar No. 24071779

**AMY HILTON**
Special Counsel
Texas Bar No. 24097834

/s/ *Munera Al-Fuhaid*
**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501

**JACOB E. PRZADA**
Special Counsel
Texas Bar No. 24125371

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
susanna.dokupil@oag.texas.gov
charles.eldred@oag.texas.gov
jonathan.stone@oag.texas.gov
amy.hilton@oag.texas.gov
jacob.przada@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on April 22, 2024 and that all counsel of record were served by CM/ECF.

/s/ *Munera Al-Fuhaid*
**MUNERA AL-FUHAID**