# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

**DATE:  April 23, 2024**

| DISTRICT JUDGE | COURT REPORTER: Shea Sloan |
|---|---|
| Jeremy D. Kernodle | COURTROOM DEPUTY: Suzanne Wimberley |

| The Daily Wire, LLC, et al | |
|---|---|
| v. | 6:23-cv-609 |
| United States Department of State, et al | |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANTS |
|---|---|
| Susanna Dokupil | Arjun Mody |
| Margaret A. Little | Dorothy M. Canevari |
| Munera Al-Fuhaid | Cristen C. Handley |
| Casey Norman | James Gillingham |
| Jacob Przada | |
| | |

On this day, came the parties by their attorneys and the following proceedings were held in Tyler, TX:

| TIME: | MINUTES:  Motion Hearing (Motion to Dismiss, Motion to Transfer for Venue, Motion for Expedited Discovery) |
|---|---|
| 1:32 pm | Court in session.  Appearances noted. |
| 1:33 pm | Court and Mr. Mody address various issues. |
| 2:11 pm | Court and Ms. Dokupil address various issues. |
| 2:45 pm | Court and Ms. Little address various issues. |
| 2:57 pm | Mr. Mody responds. |
| 3:05 pm | Ms. Little and Court discuss the issue of expedited discovery as well as other issues. |
| 3:08 pm | Ms. Canevari responds. |
| 3:11 pm | Court takes the motions under advisement.  Court adjourned. |

DAVID O'TOOLE, CLERK

BY:     Suzanne Wimberley
Courtroom Deputy Clerk