# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | § | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § | |
| Plaintiffs, | § | |
| v. | § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § | |
| Defendants. | § | |

## ORDER FOR PROPOSED SCHEDULE

The Court **ORDERS** the parties to meet and confer as required by Federal Rule of Civil Procedure 26(f) by May 24, 2024, and to submit a proposed schedule for the disposition of this case, in accordance with Federal Rule of Civil Procedure 16(b), by May 31, 2024. The parties may propose a schedule including only the dates and deadlines that they believe will most efficiently resolve the disputes in this case.

So **ORDERED** and **SIGNED** this **7th** day of **May, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE