IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE *et al.*, <br><br> Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**[PROPOSED] ORDER**

Having considered Defendants' Unopposed Motion to Temporarily Suspend Deadline to Answer the Complaint, it is:

**ORDERED** that the motion is **GRANTED**, and Defendants' deadline to answer the complaint is suspended pending the entry of a scheduling order in this case.