IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § § | |

### ORDER GRANTING TEMPORARY SUSPENSION OF DEADLINE

Before the Court is Defendants' motion to temporarily suspend deadline to answer the complaint "in light of the parties' forthcoming Rule 26(f) conference and Rule 16(b) submission proposing a schedule" for the case. Docket No. 57 at 1. Plaintiffs do not oppose the motion. *Id.*

Accordingly, the Court finds that good cause exists to temporarily suspend the deadline for Defendants to answer pending entry of a scheduling order in this case. The motion is hereby **GRANTED**.

Also before the Court are three motions for leave to file excess pages. Docket Nos. 31, 42, 44. The Court hereby **GRANTS** the motions.

So **ORDERED** and **SIGNED** this **20th** day of **May, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1