IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:23-cv-609-JDK |
| | § | |
| UNITED STATES DEPARTMENT OF STATE, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING WITHOUT PREJUDICE
MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is Plaintiffs FDRLST Media, LLC, the State of Texas, and The Daily Wire, LLC's motion for a preliminary injunction.  Docket No. 11.  The Court previously granted Plaintiffs' motion for expedited preliminary-injunction discovery and granted the parties leave to supplement their existing briefing on the preliminary-injunction motion following that discovery.  Docket No. 54.

Upon further review, the Court **DENIES** the pending motion for a preliminary injunction (Docket No. 11) **WITHOUT PREJUDICE** and will allow Plaintiff to refile an amended motion after the close of the expedited discovery.  The Court will issue an initial schedule that includes deadlines and page limits for briefing the amended motion.

**So ordered and signed on this**
**Jun 12, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE