IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § § § | |

**PRELIMINARY INJUNCTION SCHEDULING ORDER**

Pursuant to Federal Rule of Civil Procedure 16(b) and the Eastern District of Texas Local Rules (except as modified herein), the Court, having considered the Joint Discovery Plan and Proposed Schedule submitted by the parties, finds that the following schedule should govern this case.

This order supersedes and replaces any dates or deadlines in the Court's previous Order Granting Expedited Discovery (Docket No. 54).

| | |
|---|---|
| June 10, 2024 | Defendants serve written responses and objections to RFPs and Interrogatories served by Plaintiffs on May 9, 2024. |
| June 14, 2024 | Parties exchange Rule 26(a)(1) Initial Disclosures and file Proposed Protective Order, Clawback Agreement, and ESI Protocol. |
| June 30, 2024 | Deadline to file a joint statement on any unresolved discovery disputes based on Defendants' written responses and objections to the RFPs and Interrogatories. The statement must include a specific request for the relief sought.<br><br>Lead counsel for each party must meet and confer as required by Local Rule CV-7(h) either in person or by telephone before filing a statement. |
| July 12, 2024 | Defendants Begin Rolling Production of Documents Responsive to Expedited RFPs. Defendants will produce privilege logs on a rolling basis. The parties agree that privileged communication between the parties' litigation counsel and their clients occurring after this suit commenced, |

1

| | or amongst agency litigation counsel discussing matters related to this litigation, may be excluded from privilege logs. |
|---|---|
| September 3, 2024 | Answer Due. |
| September 30, 2024 | All documents and privilege logs from Expedited RFPs produced. |
| October 10, 2024 | Plaintiffs provide Defendants notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction. |
| October 17, 2024 | Deadline to file any motions concerning Plaintiffs' notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction.<br><br>Lead counsel for each party must meet and confer as required by Local Rule CV-7(h) either in person or by telephone before filing any motions. |
| October 21, 2024 | Deadline for responses to any motions concerning Plaintiffs' notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction. |
| November 15, 2024 | Plaintiffs serve additional third-party subpoenas, if needed. |
| December 20, 2024 | All preliminary injunction discovery, including third-party discovery and depositions, closes. |
| January 17, 2025 | Deadline for Plaintiffs to file an amended motion for preliminary injunction limited to 35 pages, excluding the table of contents, table of authorities, signature blocks, and certificates. |
| February 7, 2025 | Deadline for Defendants to file a response to the amended motion for preliminary injunction limited to 40 pages, excluding the table of contents, table of authorities, signature blocks, and certificates. |
| February 21, 2025 | Deadline for Plaintiffs to file a reply in support of their amended motion for preliminary injunction limited to 15 pages excluding the table of contents, table of authorities, signature blocks, and certificates. |
| March 31, 2025 | Deadline for motions to amend pleadings. |
| March 31, 2025 | Deadline for joint status report on remaining discovery needed.<br><br>The parties shall meet and confer and file a notice regarding completion of Rule 26 and third-party discovery, including the potential need for periodic status conferences, whether the anticipated six months from the preliminary injunction ruling is adequate for completing discovery, and any adjustments to the limits on discovery. |

**Appendix Requirement**

The parties shall include any materials supporting the amended motion for a preliminary injunction in an appendix filed as an attachment to their briefs.  Each party may assemble their own appendix as a self-contained document, separate from the briefs.  Each page of the appendix must be consecutively numbered starting at "1" and continuing sequentially through the last page of the entire appendix (i.e., the numbering system must not re-start with each succeeding document in the appendix). Page numbers for an appendix to the reply containing additional supporting materials, if necessary, should continue the numbering from the earlier appendix.

**So ordered and signed on this**
**Jun 12, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE