IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE *et al.*, <br><br> Defendants. | Civil Action No. 6:23-cv-00609-JDK |

**PLAINTIFFS' STATEMENT ON DISCOVERY**

The Court's June 13, 2024, Preliminary Injunction Scheduling Order ("Order"), ECF No. 62, set today as a deadline for the parties to notify the Court if there were any disputes regarding Defendants' responses to Plaintiffs expedited Requests for Production and Interrogatories. After multiple conferrals Plaintiffs are pleased to report that the parties have tentatively resolved their various disagreements to an extent that Court intervention is not currently required.

While there was general disagreement related to discovery as applied to the State Department, i.e., beyond GEC, Plaintiffs are hopeful that an agreement, in principle, concerning the provision of relevant discovery, coupled with continued good faith conferrals and practices, will address any issues.

Dated: July 1, 2024

| | |
|---|---|
| **KEN PAXTON** <br> Attorney General <br><br> **BRENT WEBSTER** <br> First Assistant Attorney General | /s/ *Jenin Younes* <br> **JENIN YOUNES** <br> **Lead Attorney** <br> NY Bar No. 5020847 <br> NEW CIVIL LIBERTIES ALLIANCE <br> jenin.younes@ncla.legal |

| | |
|---|---|
| **RALPH MOLINA**<br>Deputy Attorney General for Legal Strategy | **MARGOT J. CLEVELAND**<br>Michigan Bar No. 83564 |
| | NEW CIVIL LIBERTIES ALLIANCE |
| **RYAN D. WALTERS**<br>Chief, Special Litigation Division | margot.cleveland@ncla.legal |

/s/ *Susanna Dokupil* (by permission)
**SUSANNA DOKUPIL**
Attorney in Charge
Special Counsel
Texas Bar No. 24034419

**ZHONETTE M. BROWN**
D.C. Bar No. 463407
NEW CIVIL LIBERTIES ALLIANCE
zhonette.brown@ncla.legal

**JONATHAN STONE**
Special Counsel
Texas Bar No. 24071779

**MARGARET A. LITTLE**
Connecticut Bar No. 303494
peggy.little@ncla.legal
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Tel.: (202) 869-5210

**AMY HILTON**
Special Counsel
Texas Bar No. 24097834

*Counsel for Plaintiffs The Daily Wire Entertainment LLC and FDRLST Media LLC*

**JACOB E. PRZADA**
Special Counsel
Texas Bar No. 24125371

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
susanna.dokupil@oag.texas.gov
jonathan.stone@oag.texas.gov
amy.hilton@oag.texas.gov
jacob.przada@oag.texas.gov

*Counsel for the State of Texas*

## CERTIFICATE OF SERVICE

On July 1, 2024, I electronically submitted this document to the clerk of the court of the U.S. District Court for the Eastern District of Texas using the court's electronic case filing system. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Margot J. Cleveland*
