IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, <br><br> Plaintiffs <br> v. <br><br> UNITED STATES DEPARTMENT OF STATE *et al.*, <br><br> Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**NOTICE OF APPEARANCE**

Please take notice that Senior Trial Counsel Joshua Kolsky hereby enters his appearance on behalf of Defendants in this matter.

Date: July 30, 2024

                                                  Respectfully submitted,

                                                  */s/ Joshua M. Kolsky*
                                                  JOSHUA KOLSKY
                                                  Senior Trial Counsel
                                                  United States Department of Justice
                                                  Civil Division, Federal Programs Branch
                                                  1100 L Street, N.W.
                                                  Washington, D.C. 20005
                                                  Tel: (202) 305-7664
                                                  Email: joshua.kolsky@usdoj.gov

                                                  *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2024, a true and correct copy of this document was served electronically by the Court's CM/ECF system to all counsel of record.

  /s/ Joshua Kolsky
Joshua Kolsky
