IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC, *ET AL.*, <br><br> PLAINTIFFS, <br><br> V. <br><br> DEPARTMENT OF STATE, *ET AL.*, <br><br> DEFENDANTS. | CASE NO. 6:23-CV-00609-JDK |

**THE STATE OF TEXAS'S NOTICE OF SUBSTITUTION OF CO-COUNSEL**

Plaintiff The State of Texas files this Notice of Substitution of Co-Counsel and respectfully shows the following:

SUSANNA DOKUPIL, Special Counsel with the Special Litigation Division of the Office of Attorney General of Texas, is designated as Attorney-in Charge for the State of Texas in this matter.

AMY SNOW HILTON appeared in this case as co-counsel on behalf of the State of Texas in her capacity as Special Counsel for the Special Litigation Division for the Office of the Attorney General. Ms. Hilton has been reassigned as Division Chief for Health Program Enforcement Division for the Office of the Attorney General, thus reassigned to other matters.

JONATHAN STONE and JACOB E. PRZADA, Special Counsel with the Special Litigation Division appeared in this case as co-counsel on behalf of the State of Texas. Mr. Stone and Mr. Przada have been administratively reassigned to other matters therefore it is necessary to withdraw them as attorneys of record in this case.

DAVID BRYANT, Senior Special Counsel with the Special Litigation Division, has been

assigned as co-counsel to represent the State of Texas in this cause. Mr. Bryant is admitted to practice in the United States District Court for the Eastern District of Texas and is a member in good standing of the State Bar of Texas.

Plaintiff, the State of Texas requests that Mr. Bryant be served with all future correspondence and pleadings and withdraws Amy Snow Hilton, Jonathan Stone, and Jacob E. Przada as Counsel of Record.

Date: August 14, 2024

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**CHARLES K. ELDRED**
Chief, Legal Strategy
Texas Bar No. 00793681

**RYAN D. WALTERS**
Chief, Special Litigation Division

/s/ *David Bryant*
**MONROE 'DAVID' BRYANT**
Senior Special Counsel
Texas Bar No. 03281500

Respectfully submitted.

**SUSANNA DOKUPIL**
Special Counsel
Attorney-in-Charge
Texas Bar No. 24034419

**MUNERA AL-FUHAID**
Special Counsel
Texas Bar No. 24094501

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
susanna.dokupil@oag.texas.gov
David.bryant@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov

**COUNSEL FOR THE STATE OF TEXAS**

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically

(via CM/ECF) on August 14, 2024 and that all counsel of record were served by CM/ECF.

/s/ *David Bryant*
**MONROE 'DAVID' BRYANT**