IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

THE DAILY WIRE, LLC;
FDRLST MEDIA, LLC:
THE STATE OF TEXAS,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF STATE;
GLOBAL ENGAGEMENT CENTER;
ANTHONY BLINKEN (official capacity);
LEAH BRAY (official capacity);
JAMES RUBIN (official capacity);
ALEXIS FRISBIE (official capacity);
PATRICIA WATTS ((official capacity);

*Defendants*.

Case No.: 6:23-cv-00609

## ORDER GRANTING EXTENSIONS OF TIME

Upon consideration of Plaintiffs' consent motion for an extension of time, it is hereby **ORDERED** that the motion is **GRANTED**; and **ORDERED** that the following schedule govern the parties' briefing on Defendants' Motion to Dismiss (Docket No. 73):

- Plaintiffs' Response to Defendants' Motion to Dismiss – due September 20, 2024

- Defendants' Reply to Plaintiffs' Opposition to Motion to Dismiss – due October 11, 2024

So **ORDERED** and **SIGNED** this **31st** day of **August, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE