**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

THE DAILY WIRE, LLC *et al.*,

             Plaintiffs

     v.

UNITED STATES DEPARTMENT
OF STATE *et al.*,

             Defendants.

Civil Action No. 6:23-cv-00609 (JDK)

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Standing Order JDK-7-1, Defendants, upon information and belief, concur in the accuracy of Plaintiffs' previously-filed certificate of interested persons, *see* ECF No. 4, and Defendants hereby adopt that certificate.

Date: September 3, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel
Federal Programs Branch

JOSEPH E. BORSON
Assistant Branch Director
Federal Programs Branch

*/s/ Dorothy Matilda Canevari*
DOROTHY M. CANEVARI (NY # 5989694)
CRISTEN C. HANDLEY
JOSHUA KOLSKY
ARJUN MODY
Trial Attorneys

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 616-8040
Email: Dorothy.M.Canevari@usdoj.gov

*Counsel for Defendants*