**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| THE DAILY WIRE, LLC, *ET AL.*,<br>          *PLAINTIFFS*,<br>V.<br>DEPARTMENT OF STATE, *ET AL.*,<br>          *DEFENDANTS*. | CASE NO. 6:23-CV-00609-JDK |

**[PROPOSED] ORDER**

On this day, the Court considered Plaintiffs' Unopposed Motion for Leave to Serve Subpoenas. After considering the Motion for Leave, the Court finds it should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unopposed Motion for Leave to Serve Subpoenas is **GRANTED** and Plaintiffs may serve two additional preliminary-injunction related subpoenas.