# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC, *ET AL.*,<br>    *PLAINTIFFS*,<br>V.<br>DEPARTMENT OF STATE, *ET AL.*,<br>    *DEFENDANTS*. | CASE NO. 6:23-CV-00609-JDK |

## ORDER

On this day, the Court considered Plaintiffs' Unopposed Motion for Leave to Serve Subpoenas. After considering the Motion for Leave, the Court finds it should be granted.

**IT IS THEREFORE ORDERED** that Plaintiffs' Unopposed Motion for Leave to Serve Subpoenas is **GRANTED** and Plaintiffs may serve two additional preliminary-injunction related subpoenas.

So **ORDERED** and **SIGNED** this **12th** day of **September, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE