IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE *et al.*, <br><br> Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**[PROPOSED] ORDER**

Having considered Defendants' Unopposed Motion to Extend Document Production Deadline and Related Deadlines, the Court determines that good cause exists for Defendants' request. It is:

**ORDERED** that Defendants' motion is **GRANTED**; and

**ORDERED** that the following deadlines shall apply in this litigation and shall supersede the corresponding deadlines identified in the Court's June 13, 2024 Preliminary Injunction Scheduling Order:

| | |
|---|---|
| October 21, 2024 | All documents and privilege logs from Expedited RFPs Produced. |
| October 31, 2024 | Plaintiffs provide Defendants notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction. |
| November 7, 2024 | Deadline to file any motions concerning Plaintiffs' notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction. <br><br> Lead counsel for each party must meet and confer as required by Local Rule CV-7(h) either in person or by telephone before filing any motions. |

1

|  |  |
|---|---|
| November 12, 2024 | Deadline for responses to any motions concerning Plaintiffs' notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction. |