# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § § § | |

## AMENDED PRELIMINARY INJUNCTION SCHEDULING ORDER

Before the Court is Defendants' unopposed motion to extend certain deadlines in this case. Docket No. 79. The Court **GRANTS** the motion and enters the following amended schedule.

| | |
|---|---|
| October 21, 2024 | All documents and privilege logs from Expedited RFPs produced. |
| October 31, 2024 | Plaintiffs provide Defendants notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction. |
| November 7, 2024 | Deadline to file any motions concerning Plaintiffs' notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction.<br><br>Lead counsel for each party must meet and confer as required by Local Rule CV-7(h) either in person or by telephone before filing any motions. |
| November 12, 2024 | Deadline for responses to any motions concerning Plaintiffs' notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction. |
| November 15, 2024 | Plaintiffs serve additional third-party subpoenas, if needed. |
| December 20, 2024 | All preliminary injunction discovery, including third-party discovery and depositions, closes. |
| January 17, 2025 | Deadline for Plaintiffs to file an amended motion for preliminary injunction limited to 35 pages, excluding the table of contents, table of authorities, signature blocks, and certificates. |

| | |
|---|---|
| February 7, 2025 | Deadline for Defendants to file a response to the amended motion for preliminary injunction limited to 40 pages, excluding the table of contents, table of authorities, signature blocks, and certificates. |
| February 21, 2025 | Deadline for Plaintiffs to file a reply in support of their amended motion for preliminary injunction limited to 15 pages excluding the table of contents, table of authorities, signature blocks, and certificates. |
| March 31, 2025 | Deadline for motions to amend pleadings. |
| March 31, 2025 | Deadline for joint status report on remaining discovery needed.<br><br>The parties shall meet and confer and file a notice regarding completion of Rule 26 and third-party discovery, including the potential need for periodic status conferences, whether the anticipated six months from the preliminary injunction ruling is adequate for completing discovery, and any adjustments to the limits on discovery. |

**Appendix Requirement**

The parties shall include any materials supporting the amended motion for a preliminary injunction in an appendix filed as an attachment to their briefs. Each party may assemble its own appendix as a self-contained document, separate from the briefs. Each page of the appendix must be consecutively numbered starting at "1" and continuing sequentially through the last page of the entire appendix (i.e., the numbering system must not re-start with each succeeding document in the appendix). Page numbers for an appendix to the reply containing additional supporting materials, if necessary, should continue the numbering from the earlier appendix.

So **ORDERED** and **SIGNED** this **23rd** day of **September, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE