# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

THE DAILY WIRE, LLC *et al.*,

      Plaintiffs

  v.

UNITED STATES DEPARTMENT
OF STATE *et al.*,

      Defendants.

Civil Action No. 6:23-cv-00609 (JDK)

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEADLINES IN THE AMENDED PRELIMINARY INJUNCTION SCHEDULING ORDER (ECF NO. 81)

Pursuant to Federal Rule of Civil Procedure 6(b), Plaintiffs respectfully move this Court for an extension of time for the deadlines set forth in ECF No. 81, the Amended Preliminary Injunction Scheduling Order.

Good cause exists to support this request. Nine days before the deadline to notify the Court about any additional subpoenas or depositions Plaintiffs might seek, Defendants produced an additional 2,000-plus documents—more documents than the total of all seven prior document productions made during the expedited discovery period. Additionally, Defendants served its final Privilege Log related to the final expedited document production, which consisted of over 80 pages. The Privilege Logs related to the seven earlier document productions totaled only 53 pages. Plaintiffs' attorneys are unable to review these documents and the accompanying Privilege Log in this timeframe, especially given commitments in other cases.

Defendants represented that they produced the documents and Privilege Logs as expeditiously as possible and agree that good cause justifies revising the amended scheduling order. Accordingly, the Plaintiffs respectfully request the Court enter the proposed revised schedule set forth below and in the proposed order.

## **[PROPOSED] SCHEDULE**

If any of these dates fall on a weekend or Court holiday, the deadline is modified to be the next Court business day. Also note that all deadlines in this order are for **filing** or **delivery**, **not mailing** dates.

| | |
|---|---|
| November 14, 2024 | Plaintiffs provide Defendants notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction. |
| November 21, 2024 | Deadline to file any motions concerning Plaintiffs' notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction.<br><br>Lead counsel for each party must meet and confer as required by Local Rule CV-7(h) either in person or by telephone before filing any motions. |
| November 26, 2024 | Deadline for responses to any motions concerning Plaintiffs' notice of intent to seek depositions or additional third-party subpoenas for preliminary injunction. |
| November 29, 2024 | Plaintiffs serve additional third-party subpoenas, if needed. |
| January 10, 2025 | All preliminary injunction discovery, including third-party discovery and depositions, closes. |
| January 31, 2025 | Deadline for Plaintiffs to file an amended motion for preliminary injunction limited to 35 pages, excluding the table of contents, table of authorities, signature blocks, and certificates. |
| February 21, 2025 | Deadline for Defendants to file a response to the amended motion for preliminary injunction limited to 40 pages, excluding the table of contents, table of authorities, signature blocks, and certificates. |
| March 7, 2025 | Deadline for Plaintiffs to file a reply in support of their amended motion for preliminary injunction limited to 15 pages excluding the table of contents, table of authorities, signature blocks, and certificates. |
| April 7, 2025 | Deadline for motions to amend pleadings. |
| April 14, 2025 | Deadline for joint status report on remaining discovery needed.<br><br>The parties shall meet and confer and file a notice regarding completion of Rule 26 and third-party discovery, including the potential need for periodic status conferences, whether the anticipated six months from the preliminary injunction ruling is adequate for completing discovery, and any adjustments to the limits on discovery. |

Dated: October 28, 2024

Ken Paxton
Attorney General

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Austin Kinghorn
Deputy Attorney General for Legal Strategy

Charles K. Eldred
Chief, Legal Strategy

Ryan D. Walters
Chief, Special Litigation Division

/s/ David Bryant
David Bryant
Senior Special Counsel
Texas Bar No. 03281500

Susanna Dokupil
Attorney in Charge
Special Counsel
Texas Bar No. 24034419

Munera Al-Fuhaid
Special Counsel
Texas Bar No. 24094501

**Office of the Attorney General of Texas**
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Susanna.Dokupil@oag.texas.gov
David.Bryant@oag.texas.gov
Munera.Al-Fuhaid@oag.texas.gov

*Counsel for the State of Texas*

Respectfully submitted,

/s/ Jenin Younes
Jenin Younes
NY Bar No. 5020847
New Civil Liberties Alliance
jenin.younes@ncla.legal

Margot J. Cleveland
Of Counsel
Michigan Bar No. 83564
New Civil Liberties Alliance
margot.cleveland@ncla.legal

*Counsel for The Daily Wire Entertainment LLC and FDRLST Media LLC*

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule CV-7(h)–(i), I certify that: (1) I complied with this Court's conferral requirement for motions and (2) this motion is unopposed by Defendants.

/s/ *Margot J. Cleveland*

**CERTIFICATE OF SERVICE**

On October 28, 2024, I electronically submitted this document to the clerk of the court of the U.S. District Court for the Eastern District of Texas using the court's electronic case filing system. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ *Margot J. Cleveland*