IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

|  |  |
|---|---|
| THE DAILY WIRE, LLC *et al.*,<br><br>　　　　Plaintiffs<br>　　v.<br><br>UNITED STATES DEPARTMENT<br>OF STATE *et al.*,<br><br>　　　　Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**DEFENDANTS' NOTICE OF CASE DEVELOPMENT**

　　Defendants respectfully file this notice to inform the Court of an upcoming development that is substantially likely to occur on December 23, 2024—termination of the Global Engagement Center—with implications for this case.

　　This lawsuit challenges programs administered by the State Department's Global Engagement Center (GEC). *See* ECF No. 1 ¶ 1; ECF No. 53 at 2. GEC's statutory authority contains a sunset provision by which, absent further action from Congress, it will terminate two weeks from today—on December 23, 2024. *See* Section 1287(j) of the National Defense Authorization Act for Fiscal Year 2017 (22 U.S.C. § 2656 note) ("Termination.—The Center shall terminate on the date that is 8 years after the date of the enactment of this Act [Dec. 23, 2016].") Congress has not extended the termination of the GEC thus far, and it is Defendants' understanding that reauthorization is unlikely to occur. Consistent with statutory requirements regarding congressional notification, last Friday (December 6, 2024), the Department transmitted a notification to Congress regarding its plan for the forthcoming termination of the GEC and its plan to realign the Center's staff and funding to other Department offices and bureaus for foreign information manipulation and interference activities in the event that the termination is not extended. *See* §§ 7015(a), 7015(b), and 7063 of the Department of State, Foreign Operations and Related Programs Act, 2024 (Div. F, P.L. 118-47), as carried forward

by the Continuing Appropriations Act, 2025 (Div. A, P.L. 118-83), and § 34 of the State Department Basic Authorities Act of 1956 (22 U.S.C. § 2706).

     Defendants submit this notice to provide the Court prompt and direct notice of these developments, including the December 6, 2023 communication to Congress. Defendants are conferring with Plaintiffs about the implications of these developments for this litigation.

Dated: December 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

JOSHUA E. GARDNER
Special Counsel
Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Federal Programs Branch

*/s/ Arjun Mody*
JOSHUA M. KOLSKY (DC #993430)
Senior Trial Counsel
DOROTHY M. CANEVARI (NY #5989694)
CRISTEN C. HANDLEY (MO #69114)
ARJUN MODY (DC #90013383)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 451 7723
Email: arjun.a.mody@usdoj.gov

*Counsel for Defendants*