IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is Media Plaintiffs' opposed motion for a one-month extension of time to respond to Defendants' first set of interrogatories. Docket No. 89. Defendants served their first set of interrogatories on Plaintiffs, with a response due by November 22, 2024. Plaintiffs sought, and Defendants agreed to, an initial extension of thirty days for Plaintiffs' response from November 22, 2024, to December 23, 2024. Plaintiffs now seek an additional extension from December 23, 2024, to January 21, 2025.

Having considered the parties' arguments, Media Plaintiffs' motion (Docket No. 89) is **GRANTED-IN-PART**. It is **ORDERED** that Plaintiffs respond to Defendants' First Set of Interrogatories by **January 6, 2025**.

**So ordered and signed on this**

**Dec 10, 2024**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1