**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |  |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § § § | |

**ORDER STAYING CASE**

Before the Court is the parties' joint motion to stay this case.  Docket No. 98.

Having considered the motion, the Court finds it should be **GRANTED**.  Accordingly,

it is hereby **ORDERED** that:

1. This case is **STAYED** until **February 18, 2025**.

2. The parties shall file a status report and further motion or proposed

   schedule for continuing the litigation by **February 25, 2025**.

3. During the stay, Plaintiffs may continue to resolve issues with third

   parties related to the subpoenas previously served.

So **ORDERED** and **SIGNED** this **23rd** day of **December, 2024.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE