IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § § § | |

**ORDER EXTENDING THE STAY OF PROCEEDINGS**

Before the Court is the parties' joint motion to stay this case for an additional forty-five days. Docket No. 102. The Court previously stayed the case until February 18, 2025. Docket No. 99.

Having considered the motion, the Court finds it should be **GRANTED**. Accordingly, it is hereby **ORDERED** that:

1. This case is **STAYED** until **April 4, 2025**.

2. The parties shall file a status report and further motion or a proposed schedule for continuing the litigation by **April 11, 2025**.

3. During the stay, Plaintiffs may continue to resolve issues with third parties related to the subpoenas previously served.

So **ORDERED** and **SIGNED** this **17th** day of **February, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE