IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:23-cv-609-JDK |
| | § | |
| UNITED STATES DEPARTMENT OF STATE, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER EXTENDING THE STAY OF PROCEEDINGS**

Before the Court is the parties' joint motion to further stay this case for an additional ninety days until July 3, 2025. Docket No. 104. The Court previously granted a stay until February 18, 2025. Docket No. 99. The Court then extended the stay until April 4, 2025. Docket No. 103.

Having considered the motion (Docket No. 104), the Court finds it should be **GRANTED**. No further extensions will be granted.

Accordingly, it is hereby **ORDERED** that:

1. This case is **STAYED** until **July 3, 2025**.

2. The parties shall file a status report and further motion or proposed schedule for continuing the litigation by **July 10, 2025**.

3. During the stay, Plaintiffs may continue to resolve issues with third parties related to the subpoenas previously served.

So **ORDERED** and **SIGNED** this **31st** day of **March, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE