IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC, et al., | § |
| Plaintiffs, | § § § § |
| v. | §  Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § |
| Defendants. | § § § |

**ORDER**

Before the Court is Defendants' motion to withdraw Dorothy Canevari as counsel for Defendants. Docket No. 106. Having considered the motion, the Court finds it should be **GRANTED**.

Accordingly, it is **ORDERED** that Dorothy Canevari is hereby withdrawn as counsel of record for Defendants in this action.

So **ORDERED** and **SIGNED** this **1st** day of **April, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE