

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC and STATE OF TEXAS, <br> *Plaintiffs,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE and GLOBAL ENGAGEMENT CENTER, <br> *Defendants* <br><br> THE DAILY WIRE, LLC, <br> *Movant* <br><br> v. <br><br> DISINFORMATION INDEX, INC. <br> *Respondent* | § § § § § § § § § § § § § § § § § § § | No. 1:24-mc-0963-DAE <br><br> (Underlying Case No. 6:23-cv-609-JDK, Eastern District of Texas) |

## ORDER CLOSING CASE

Before the Court is the status of the above numbered case. On August 21, 2024, Plaintiffs filed a Motion to Compel Discovery from Subpoena Recipient, Disinformation Index, Inc. (Dkt. # 1.) On August 28, 2024, Disinformation Index, Inc. filed its response in opposition. (Dkt. # 5.) On September 4, 2024, Plaintiffs filed a reply in support of the motion. (Dkt. # 9.)

On November 6, 2024, Magistrate Judge Hightower issued an Order Denying the Motion to Compel. (Dkt. # 11.) There has been no other action in

this matter regarding the subpoena request. Thus, no pending matters remain in the case and no further action is required from the Court.

Accordingly, the Clerk is **INSTRUCTED TO CLOSE CASE**.

**IT IS SO ORDERED.**

**DATED:** Austin, Texas, April 7, 2025.

_____
David Alan Ezra
Senior United States District Judge

A true copy of the original, I certify.
Clerk, U.S. District Court
By: _____ Rodriguez
Deputy Clerk
Christian Rodriguez

2

CLERK, U. S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
UNITED STATES COURTHOUSE
501 W. 5TH STREET, SUITE 1100
AUSTIN, TEXAS 78701

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE: $300

AUSTIN TX 786
10 APR 2025 AM 2



quadient
FIRST-CLASS MAIL
IMI
$000.69⁰
04/09/2025 ZIP 78701
043M31226942

US POSTAGE

United States District Clerk
William M. Steger Federal Building and United
States Courthouse
211 West Ferguson Street Room 106
Tyler, Texas 75702

75702-722098