# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> Defendants. | Civil Action No.: 6:23-cv-00609 (JDK) |

## [PROPOSED] ORDER
## GRANTING JOINT MOTION TO FILE FURTHER JOINT STATUS REPORT

The parties move the Court to order that they file a further Joint Status Report by August 29, 2025. After considering the request, the Court finds it should be granted and orders as follows:

It is hereby **ORDERED** that the Joint Motion to File a Further Joint Status Report is **GRANTED**. It is **FURTHER ORDERED** that:

By August 29, 2025, the parties shall file a Joint Status Report advising the Court of the status of their settlement discussions and proposing a schedule for further proceedings as appropriate.

1