IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is the parties' joint status report and motion for an order requiring a further joint status report. Docket No. 113. Having considered the motion, the Court finds it should be **GRANTED**.

Accordingly, it is **ORDERED** that the parties shall file a joint status report no later than **August 29, 2025**, advising the Court of their settlement discussions and proposing a schedule for further proceedings as appropriate.

So **ORDERED** and **SIGNED** this **14th** day of **July, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE