IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE et al., <br><br> *Defendants*. | CASE NO: 6:23-cv-609-JDK |

## MOTION TO WITHDRAW AS COUNSEL

Attorney Jenin Younes respectfully moves for leave of the Court to withdraw as counsel for Plaintiffs the Federalist and the Daily Wire.

As of August 30, 2025, Ms. Younes will no longer be affiliated with the New Civil Liberties Alliance (NCLA). Accordingly, Ms. Younes will no longer be able to represent the Plaintiffs in this matter. Ms. Margot Cleveland and Ms. Zhonette Brown of NCLA will continue to represent the Plaintiffs and Ms. Cleveland will serve as lead counsel on their behalf. Ms. Cleveland is fully admitted to practice before this Court and remains in good standing.

For all of these reasons, Plaintiffs respectfully request that this Court grant this unopposed motion for withdrawal.

August 28, 2025

Respectfully submitted,

*/s/ Jenin Younes*

        **Jenin Younes**
        **Margot Cleveland**
        **Zhonette Brown**
        *Of Counsel*

        New Civil Liberties Alliance
        4250 Fairfax Drive, Suite 300
        Arlington, VA 22203
        Telephone: 202-869-5210

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2025, an electronic copy of the foregoing motion was filed with the Clerk of the Court using the appellate CM/EFC filing system and that service will be accomplished using the appellate CM/ECF system.

*/s/Jenin Younes*