## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No.: 6:23-cv-00609 (JDK) |
| UNITED STATES DEPARTMENT OF STATE, *et al.*, | |
| Defendants. | |

## JOINT STATUS REPORT

Pursuant to this Court's January 8, 2026 Order, ECF No. 123, the parties respectfully submit the below Joint Status Report.

1.      This case was stayed from December 23, 2024 to July 3, 2025, due to factual developments regarding the Department of State's activities as relevant to Plaintiffs' claims.  *See, e.g.*, ECF Nos. 99 & 105.  Those developments are summarized in the parties' previous joint filings.  *See* ECF Nos. 98, 104, 113.

2.      As previously explained, the parties have been engaged in settlement discussions. *See, e.g.*, ECF No. 116 ¶ 2.  The parties have reached an agreement in principle, subject to final Government approval, on the majority of terms that would fully resolve the claims in this matter. They are continuing to confer regarding a small number of remaining terms.  The parties are also conferring over Plaintiffs' demand for attorneys' fees and costs pursuant to the Equal Access to Justice Act, to which Defendants have provided a response and counter-offer.  In light of these developments, the parties continue to agree that further discovery or briefing at this time would not be an efficient use of Court or party resources.

1

3.    Accordingly, to allow for further negotiation in their effort to resolve this case, the parties propose that they file a further status report by March 25, 2026 advising the Court of the status of their settlement discussions and proposing a schedule for further proceedings as appropriate.  Plaintiffs respectfully request that the Court set a remote status conference for March 26, 2026, or another day after the March 25, 2026 status report is filed, to assist, if need be, with any final matters needed to bring this case to resolution. The parties will inform the Court in advance of the status conference, if resolution is imminent, allowing for the conference to be canceled.  Defendants respectfully submit that scheduling a status conference at this time is premature, but they do not oppose Plaintiffs' request should the Court find a conference helpful.

4.    Counsel for all parties have met and conferred regarding this status report by e-mail.  All parties agree to the proposal made above except where otherwise indicated.

DATED:  February 23, 2026                    Respectfully submitted,

*/s/Margot J. Cleveland*
Margot J. Cleveland
Michigan Bar No. P83564
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
Margot.Cleveland@ncla.legal

Zhonette M. Brown
Virginia Bar No. 97507
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
Zhonette.Brown@ncla.legal

*Counsel for The Daily Wire Entertainment LLC and FDRLST Media LLC*

Ken Paxton
Attorney General

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Ryan D. Walters
Deputy Attorney General for Legal Strategy

Ryan G. Kercher
Chief, Special Litigation Division

*/s/David Bryant*
David Bryant
Attorney in Charge
Senior Special Counsel
Texas Bar No. 03281500

Munera Al-Fuhaid
Special Counsel
Texas Bar No. 24094501

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
David.bryant@oag.texas.gov
Munera.al-fuhaid@oag.texas.gov

**Counsel for the State of Texas**

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director
Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Federal Programs Branch

3

_/s/Cristen C. Handley_
CRISTEN C. HANDLEY (MO #69114)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-2677
Email: cristen.handley@usdoj.gov

**_Counsel for Defendants_**