IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:23-cv-609-JDK |
| | § | |
| UNITED STATES DEPARTMENT OF STATE, et al., | § | |
| | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is the parties' joint status report and motion for an order requiring a further joint status report. Docket No. 124. Having considered the motion, the Court finds it should be **GRANTED**.

Accordingly, it is **ORDERED** that the parties shall file a joint status report no later than **March 25, 2026**, advising the Court of their settlement discussions and proposing a schedule for further proceedings as appropriate. It is further **ORDERED** that the parties shall participate in a telephonic status conference on **April 8, 2026, at 10 a.m.** Teleconference call-in information is provided as follows:

**Conference Dial-In: (571) 353-2301**

**Meeting ID: 925279946**

Participants are directed to call this number at least five minutes before the scheduled time and await further instructions from the Court. Lead counsel for each party or, alternatively, counsel with authority to bind their respective clients, shall be present on the line. Counsel should be prepared to discuss the progress of

settlement and the status of the case.

So **ORDERED** and **SIGNED** this **24th** day of **February, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE