IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| THE DAILY WIRE, LLC *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE *et al.*,<br><br>    Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**UNOPPOSED MOTION TO WITHDRAW CRISTEN C. HANDLEY
AS COUNSEL FOR DEFENDANTS**

Defendants respectfully request that Cristen C. Handley be withdrawn as counsel for Defendants, as Ms. Handley's last day with the Department of Justice is March 17, 2026. Defendants will continue to be represented in this case by the other Department of Justice counsel who has entered an appearance, and any additional Department of Justice counsel who may appear. The requested withdrawal will not delay proceedings. Counsel for Plaintiffs have represented that they do not oppose this motion. A proposed order is attached.

Dated: March 16, 2026

    Respectfully submitted,

    BRETT A. SHUMATE
    Assistant Attorney General

    ALEXANDER K. HAAS
    Director
    Federal Programs Branch

    JOSEPH E. BORSON
    Assistant Director

    */s/ Cristen C. Handley*
    CRISTEN C. HANDLEY
    Trial Attorney

                                          United States Department of Justice
                                          Civil Division
                                          Federal Programs Branch
                                          1100 L Street, N.W.
                                          Washington, D.C. 20005
                                          Tel:  202-451-7771
                                          Email: Cristen.Handley@usdoj.gov

                                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

On March 16, 2026, I electronically submitted this document to the clerk of court of the U.S. District Court for the Eastern District of Texas using the court's electronic case filing system. I certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                          */s/Cristen C. Handley*
                                          CRISTEN C. HANDLEY
                                          U.S. Department of Justice