**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |
|---|---|
| THE DAILY WIRE, LLC *et al.*,<br><br>Plaintiffs<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE *et al.*,<br><br>Defendants. | Civil Action No. 6:23-cv-00609 (JDK) |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion to Withdraw Cristen C. Handley as counsel for Defendants, the Motion is hereby GRANTED.

IT IS THEREFORE ORDERED that Cristen C. Handley is hereby withdrawn as counsel of record for Defendants in this action.