# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

|  |  |  |
|---|---|---|
| THE DAILY WIRE, LLC, et al., | § § § | |
| Plaintiffs, | § § § | |
| v. | § § | Case No. 6:23-cv-609-JDK |
| UNITED STATES DEPARTMENT OF STATE, et al., | § § § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Defendants' motion to withdraw Cristen C. Handley as counsel for the Defendants.  Docket No. 126.  Having considered the motion, the Court finds it should be **GRANTED.**

Accordingly, it is **ORDERED** that Cristen C. Handley is hereby withdrawn as counsel of record for Defendants in this action.

So **ORDERED** and **SIGNED** this **17th** day of **March, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

1