**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

|  |  |
|---|---|
| THE DAILY WIRE, LLC *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al*., <br><br> Defendants. | Civil Action No.: 6:23-cv-00609 (JDK) |

**JOINT STATUS REPORT**

Pursuant to this Court's February 24, 2026 Order, ECF No. 125, the parties respectfully submit the below Joint Status Report.

1.    This case was stayed from December 23, 2024 to July 3, 2025, due to factual developments regarding the Department of State's activities as relevant to Plaintiffs' claims.  *See, e.g.*, ECF Nos. 99 & 105.  Those developments are summarized in the parties' previous joint filings.  *See* ECF Nos. 98, 104, 113, 124.

2.    As previously explained, the parties have been engaged in settlement discussions. *See, e.g.*, ECF No. 116 ¶ 2.  The parties have largely reached agreement in principle, and are continuing to confer on a small number of outstanding issues.  In light of these developments, the parties continue to agree that further discovery or briefing at this time would not be an efficient use of Court or party resources.

3.    The parties will be prepared to attend this Court's April 8, 2026 status conference, *see* ECF No. 125, but will notify the Court in advance if the parties have reached a resolution of this matter that may obviate the need for such a conference.

4.    Counsel for all parties have met and conferred regarding this status report by e-mail.  All parties agree to the proposal made above.

DATED:  March 25, 2026

Respectfully submitted,

*/s/Margot J. Cleveland*
Margot J. Cleveland
Michigan Bar No. P83564
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
Margot.Cleveland@ncla.legal

Zhonette M. Brown
Virginia Bar No. 97507
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Drive, Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210
Facsimile: (202) 869-5238
Zhonette.Brown@ncla.legal

***Counsel for The Daily Wire Entertainment LLC and FDRLST Media LLC***

Ken Paxton
Attorney General

Brent Webster
First Assistant Attorney General

Ralph Molina
Deputy First Assistant Attorney General

Ryan D. Walters
Deputy Attorney General for Legal Strategy

Ryan G. Kercher
Chief, Special Litigation Division

*/s/David Bryant*
David Bryant
Attorney in Charge

2

Senior Special Counsel
Texas Bar No. 03281500

Munera Al-Fuhaid
Special Counsel
Texas Bar No. 24094501

Office of the Attorney General of Texas
Special Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Tel.: (512) 463-2100
David.bryant@oag.texas.gov
Munera.al-fuhaid@oag.texas.gov

***Counsel for the State of Texas***

BRETT A. SHUMATE
Assistant Attorney General

ALEXANDER K. HAAS
Director
Federal Programs Branch

JOSEPH E. BORSON
Assistant Director
Federal Programs Branch

*/s/Steven M. Chasin*
STEVEN M. CHASIN (D.C. Bar# 495853)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 305-0747
Email: steven.m.chasin2@usdoj.gov

***Counsel for Defendants***